**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Michigan~Version 2.0 13 plan

Case number *(if known)* _____ Chapter 7

☐ Check if this an amended filing

# Official Form 205
## Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. Chapter of the Bankruptcy Code    *Check one:*
   - ☑ Chapter 7
   - ☐ Chapter 11

**Part 2: Identify the Debtor**

2. Debtor's name    Joseph DuMouchelle Fine & Estate Jewellers, L.L.C

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)
   ☐ Unknown
   38-3279383
   EIN

5. Debtor's address

   **Principal place of business**
   251 E. Merrill St., Suite 236
   Number    Street

   Birmingham MI 48009-0000
   City                State    Zip Code

   Oakland
   County

   **Mailing address, if different**
   Number    Street
   P.O. Box
   City                State    Zip Code

   **Location of principal assets, if different from principal place of business**
   Number    Street
   City                State    Zip Code

6. Debtor's website (URL)    http://www.josephdumouchelle.com

7. Type of debtor
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. Type of debtor's business    *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Debtor  Joseph DuMouchelle Fine & Estate Jewellers, L.L.C          Case number (if known) _____

- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [ ] No
- [x] Yes. Debtor

| | | | | |
|---|---|---|---|---|
| Debtor | Joseph G. DuMouchelle | | Relationship | Affiliate |
| District | Eastern District of Michigan | Date filed 10/11/19 MM / DD / YYYY | Case number, if known | 19-54531 |

## Part 3: Report About the Case

**10. Venue** — *Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [x] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| East Continental Gems, Inc. | Business debt | $65731.03 |
| | | $ |
| | | $ |
| Thomas T. Ritter | Business debt | $12000000 |
| | | $ |
| | | $ |
| William Noble Rare Jewels, LP | Business debt | $7000000 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $19065731.03 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

| Debtor | Joseph DuMouchelle Fine & Estate Jewellers, L.L.C | Case number (if known) | |
|---|---|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioner's Representative | Attorneys

**Name and mailing address of petitioner**
East Continental Gems, Inc.
Name

580 5th Avenue, Ste. 1115
Number    Street
New York   NY   10036-0000
City       State  Zip Code

**Name and mailing address of petitioner's representative, if any**
Eli Mirzoeff
Name

580 5th Avenue, Ste. 1115
Number    Street
New York   NY   10036-0000
City       State  Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    November 17, 2019
               MM / DD / YYYY

/s/ Eli Mirzoeff
Signature of petitioner or representative, including representative's title

---

Daniel J. Weiner
Printed name

Schafer and Weiner, PLLC
Firm name, if any
40950 Woodward Ave., Ste. 100
Number    Street
Bloomfield Hills  MI   48304-0000
City              State  Zip Code

Contact phone  248-540-3340   Email  dweiner@schaferandweiner.com

Bar number   P32010

State        MI

/s/ Daniel J. Weiner
Signature of attorney
Date signed   November 17, 2019
              MM / DD / YYYY

---

### Petitioners or Petitioner's Representative | Attorneys

**Name and mailing address of petitioner**
Thomas T. Ritter
Name

P.O. Box 2138
Number    Street
Williston   ND   58802-2138
City        State  Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City       State  Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    November 17, 2019
               MM / DD / YYYY

/s/ Thomas T. Ritter

---

Daniel J. Weiner
Printed name

Schafer and Weiner, PLLC
Firm name, if any
40950 Woodward Ave., Ste. 100
Number    Street
Bloomfield Hills  MI   48304-0000
City              State  Zip Code

Contact phone  248-540-3340   Email  dweiner@schaferandweiner.com

Bar number   P32010

State        MI

/s/ Daniel J. Weiner
Signature of attorney
Date signed   November 17, 2019

| Debtor | Joseph DuMouchelle Fine & Estate Jewellers, L.L.C | Case number *(if known)* | |
|---|---|---|---|

MM / DD / YYYY

Signature of petitioner or representative, including representative's title

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
William Noble Rare Jewels, LP
Name

100 Highland Park Village
Number      Street
Dallas TX 75205-0000
City                State       Zip Code

**Name and mailing address of petitioner's representative, if any**
William Noble

Name

100 Highland Park Village
Number      Street
Dallas TX 75205-0000
City                State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on      November 17, 2019
                 MM / DD / YYYY

/s/ William Noble
Signature of petitioner or representative, including representative's title

### Attorneys

Daniel J. Weiner
Printed name

Schafer and Weiner, PLLC
Firm name, if any
40950 Woodward Ave., Ste. 100
Number      Street
Bloomfield Hills MI 48304-0000
City                State       Zip Code

Contact phone  248-540-3340    Email  dweiner@schaferandweiner.com

Bar number  P32010

State       MI

/s/ Daniel J. Weiner
Signature of attorney
Date signed    November 17, 2019
               MM / DD / YYYY