# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

**JOSEPH DuMOUCHELLE FINE & ESTATE JEWELLERS, L.L.C.**

    Alleged Debtor

_____/

Case No. 19-56239

Hon. Phillip J. Shefferly

Involuntary Chapter 7 Proceeding

## ORDER GRANTING EX PARTE MOTION FOR EXPEDITED HEARING ON THE PETITIONING CREDITORS' MOTIONS TO APPOINT INTERIM TRUSTEE UNDER 11 U.S.C. §303(g) AND FOR JOINT ADMINISTRATION OF BANKRUPTCY CASES

This matter having come before this Court on East Continental Gems, Inc., Thomas Ritter, and William Noble Rare Jewels', (together, the "Petitioning Creditors") *Ex Parte Motion to Schedule Expedited Hearing* (the "Expedited Hearing Motion") (ECF No. 13) *on Their Motions to Appoint Interim Trustee Pursuant to 11 U.S.C. §303(g)* (the "Trustee Motion") (ECF No. 11) *and for Joint Administration of Bankruptcy Cases* ((the "Joint Administration Motion" (ECF No. 12) and, together with the Trustee Motion, the "Motions")); the Court has determined that there is sufficient cause to grant the Expedited Hearing Motion and schedule an expedited hearing on the Motions; and the Court being duly advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Expedited Hearing Motion is granted.

**IT IS FURTHER ORDERED** that the Motions shall be heard before the Honorable Phillip J. Shefferly on **November 25, 2019 at 10:00 a.m**. in Courtroom 1975, 211 W. Fort St., Detroit, MI 48226;

**IT IS FURTHER ORDERED** that any objections to the Motions shall be filed and served on the Petitioning Creditors in the manner required by the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of Michigan by 5:00 p.m. on November 23, 2019.

**IT IS FURTHER ORDERED** that the Petitioning Creditors shall immediately serve this Order and the Motions in the manner required by the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of Michigan upon (1) the Alleged Debtor, (2) the United States Trustee, (3) all secured creditors, (4) the 20 largest unsecured creditors; and (5) all other parties entitled to service, and promptly file a certificate of such service.

**Signed on November 20, 2019**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge