# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:

**JOSEPH DuMOUCHELLE FINE**       Case No. 19-56239
**& ESTATE JEWELLERS, L.L.C.**

                     Hon. Phillip J. Shefferly

     Alleged Debtor

                     Involuntary Chapter 7 Proceeding

_____/

## APPEARANCE, NOTICE OF APPEARANCE
## AND REQUEST TO BE ADDED TO MATRIX AND FOR
## <u>SERVICE OF NOTICES, PLEADINGS AND ORDERS</u>

**TO: ALL INTERESTED PARTIES;**

     **PLEASE TAKE NOTICE** that Howard Borin of Schafer and Weiner, PLLC, appears as counsel for *Petitioning Creditors, East Continental Gems, Inc., Thomas T. Ritter, and William Noble Rare Jewels, LP* in the above captioned bankruptcy case.

     **PLEASE TAKE FURTHER NOTICE** that the undersigned enters his appearance and pursuant to Bankruptcy Rule 2002 and requests that it be added to the matrix and that copies of all notices given, or requested to be given in this case, and all papers served in this case be given and served on the undersigned.

     **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes without limitation, orders and notices of any application, motion, petition, pleadings, request, any plan, complaint or demand whether formal or informal, whether written or oral, and whether transferred or conveyed by hand delivery, mail, telephone, telefax, or

otherwise, which affects the Debtor or the property of the Debtor.  All such notices and pleadings should be addressed as follows:

Howard Borin, Esq.
Schafer and Weiner, PLLC
40950 Woodward Avenue, Ste. 100
Bloomfield Hills, Michigan  48304

Respectfully Submitted:

SCHAFER AND WEINER, PLLC

By:  /s / Howard Borin
    HOWARD BORIN (P51959)
    Attorneys for Petitioning Creditors
     East Continental Gems. Inc., Thomas T. Ritter,
     and William Noble Rare Jewels, LP
    40950 Woodward Ave., Ste. 100
    Bloomfield Hills, MI  48304
    (248) 540-3340
    hborin@schaferandweiner.com

Dated:  November 26, 2019