**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:

| | |
|---|---|
| **JOSEPH DuMOUCHELLE FINE & ESTATE JEWELLERS, L.L.C.**, | Case No. 19-56239-pjs<br>Involuntary Chapter 7<br>Hon. Phillip J. Shefferly |
| Alleged Debtor. | |
| _____/ | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that Honigman LLP hereby appears in the above-captioned case as counsel for A-RON Resources, LLC and Aaron Mendelsohn and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

> Glenn S. Walter
> Honigman LLP
> 660 Woodward Avenue
> 2290 First National Building
> Detroit, Michigan 48226-3506
> Telephone: (313) 465-7712
> Facsimile: (313) 465-7713
> Email: gwalter@honigman.com

Please take notice that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

The foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010.

Date: November 26, 2019

HONIGMAN LLP

Counsel for A-RON Resources, LLC and Aaron Mendelsohn

By: /s/ Glenn S. Walter
 Glenn S. Walter (P79853)
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226-3506
Telephone: (313) 465-7712
Facsimile: (313) 465-7713
Email: gwalter@honigman.com