**Fill in this information to identify the case:**

Debtor name    **Joseph Dumouchelle Fine & Estate Jewellers, L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   **19-56239**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  5, 2020**    **x** /s/ Mark H. Shapiro, Chapter 7 Trustee*
Signature of individual signing on behalf of debtor

Mark H. Shapiro
Printed name

Chapter 7 Trustee
Position or relationship to debtor

\*The Trustee is signing these Schedules and Statements because the Debtor's principal has declined to sign them, based upon his First Amendment Privilege against self-incrimination.  The Schedules and Statements are based upon the limited information available to the Trustee at this time, and the Trustee anticipates these documents will be amended as information is discovered and the administration of this case progresses.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name     **Joseph Dumouchelle Fine & Estate Jewellers, L.L.C.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF MICHIGAN

Case number (if known)     **19-56239**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $     **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $     **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$     **29,146,671.00**

4.   Total liabilities ..................................................................................................................................
    Lines 2 + 3a + 3b      $     **29,146,671.00**

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| --- | --- | --- |
| 3.1. | | |

4.    **Other cash equivalents** *(Identify all)*

4.1.

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.

Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1. _____    _____

9.      **Total of Part 2.**
        Add lines 7 through 8. Copy the total to line 81.                    _____

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less: _____  -  _____  = ....    _____
                          face amount           doubtful or uncollectible accounts

11b. Over 90 days old: _____  -  _____  =....    _____
                       face amount           doubtful or uncollectible accounts

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    _____

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    _____

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership

15.1. _____    _____ %    _____    _____

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    _____

17.  **Total of Part 4.**                                                    _____
     Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Assets seized prepetition by creditor and delivered to Repocast for auction sale.  See list attached as Exhibit B22** | | **Unknown** | | **Unknown** |
| **Assets seized prepetition by creditor and delivered to creditor, Gelov.  See list attached as Exhibit B22a** | | **Unknown** | | **Unknown** |
| **Assets seized prepetition by creditor and secured in storage unit in St. Clair Shores, MI.  See list attached as Exhibit B22b** | | **Unknown** | | **Unknown** |

23.  **Total of Part 5.**                                                    **$0.00**
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28.    **Crops-either planted or harvested** | | | |
| 29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.    **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31.    **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.    **Other farming and fishing-related property not already listed in Part 6** | | | |

33.    **Total of Part 6.**
       Add lines 28 through 32.  Copy the total to line 85.                                               _____

34.    **Is the debtor a member of an agricultural cooperative?**
       ☐ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ☐ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Showcases, lighting, chairs, etc. located in Birmingham retail location** | **$0.00** | | **Unknown** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Safes (2) located in Birmingham retail location** | **Unknown** | | **Unknown** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**                                                                          | **$0.00** |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | | | |
| 49.  **Aircraft and accessories** | | | |

49.1..  _____     _____     _____     _____

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

        _____     _____     _____     _____

51.     **Total of Part 8.**

        Add lines 47 through 50.  Copy the total to line 87.                    _____

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ☐ No
        ☐ Yes

## Part 9:     Real property

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| _____ | _____ | _____ | _____ | _____ |

56.     **Total of Part 9.**

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.                                              _____

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☐ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☐ No
        ☐ Yes

## Part 10:     Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites**<br>**Domain name and website**<br>**www.josephdumouchelle.com** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations**<br>**Customer and mailing list** | **$0.00** | | **$0.00** |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

_____  -  _____  =  _____
Total face amount       doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____  Tax year  _____  _____

73.     **Interests in insurance policies or annuities**

_____                                    _____

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

        **Nature of claim**      _____
        **Amount requested**     _____                       _____

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

        **Nature of claim**      _____
        **Amount requested**     _____                       _____

76.     **Trusts, equitable or future interests in property**

_____                                    _____

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

_____                                    _____

78.     **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.                  _____

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☐ No
        ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Exhibit B22

**Repocast.com®**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

## Open Lots



**Lot 2-70435**
**Wooden Bookshelf With Underneath Cabinet, Measures Approximately 64" Wide x 17" x 90" Tall (When...**
Wooden Bookshelf With Underneath Cabinet, Measures Approximately 64" Wide x 17" x 90" Tall (When Assembled)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315



**Lot 2-70436**
**Wooden Bookshelf With Underneath Cabinet, Measures Approximately 64" Wide x 17" x 87" Tall (When...**
Wooden Bookshelf With Underneath Cabinet, Measures Approximately 64" Wide x 17" x 87" Tall (When Assembled)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315



**Lot 2-70437**
**Jewelry Display Case, No Keys, Measures 49-1/2" Wide x 23" x 40" Tall**
Jewelry Display Case, No Keys, Measures 49-1/2" Wide x 23" x 40" Tall
**Warehouse Location:** RBB5C (inside)
**Secondary Whse Location:** RBB5A
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70438**
**Jewelry Display Case, No Keys, Measures Approximately 6' Wide x 40" x 39-3/4" Tall**
Jewelry Display Case, No Keys, Measures Approximately 6' Wide x 40" x 39-3/4" Tall
**Warehouse Location:** RBA16C (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315


**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

### Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro &
Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70439**
**Lot of (2) 4-Drawer Hon Fire Safe Filing Cabinets, Each Measures 17" Wide x 25" x 52" Tall, Has...**

Lot of (2) 4-Drawer Hon Fire Safe Filing Cabinets, Each Measures 17" Wide x 25" x 52" Tall, Has Some Dents/Scratches

**Warehouse Location:** RBF5A (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70440**
**Lot of (2) 4-Drawer Hon Fire Safe Filing Cabinets, Each Measures 17" Wide x 25" x 52" Tall**

Lot of (2) 4-Drawer Hon Fire Safe Filing Cabinets, Each Measures 17" Wide x 25" x 52" Tall

**Warehouse Location:** RBF5B (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70441**
**Lot of (2) 4-Drawer Fire Safe Filing Cabinets, Hon Measures 17" Wide x 25" x 52" Tall, And...**

Lot of (2) 4-Drawer Fire Safe Filing Cabinets, Hon Measures 17" Wide x 25" x 52" Tall, And Schwann 5000 Measures 16-1/2" Wide x 31" x 53-3/4" Tall

**Warehouse Location:** RBE6A (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70442**
**Lot of (3) Hon Filing Cabinets, Each Has 4-Drawers, Vertical Cabinet Measures 15" Wide x 26-1/2"...**

Lot of (3) Hon Filing Cabinets, Each Has  4-Drawers, Vertical Cabinet Measures 15" Wide x 26-1/2" x 52" Tall, Lateral Cabinets Measure 42" Wide x 19" x 53" Tall

**Warehouse Location:** RBA10A (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---


**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro &
Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70443**
**Jewelry Display Case, No Keys, Measures 49-1/2"**
**Wide x 23" x 40" Tall**

Jewelry Display Case, No Keys, Measures 49-1/2" Wide
x 23" x 40" Tall

**Warehouse Location:** RBB5C (inside)
**Secondary Whse Location:** RBB5A
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70444**
**Jewelry Display Case, No Keys, Measures 49-1/2"**
**Wide x 23" x 40" Tall**

Jewelry Display Case, No Keys, Measures 49-1/2" Wide
x 23" x 40" Tall

**Warehouse Location:** RBB5C (inside)
**Secondary Whse Location:** RBB5A
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70445**
**Jewelry Display Case, No Keys, Measures 49-1/2"**
**Wide x 23" x 40" Tall**

Jewelry Display Case, No Keys, Measures 49-1/2" Wide
x 23" x 40" Tall

**Warehouse Location:** RBB5C (inside)
**Secondary Whse Location:** RBB5A
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70446**
**Jewelry Display Case, No Keys, Measures 49-1/2"**
**Wide x 23" x 40" Tall**

Jewelry Display Case, No Keys, Measures 49-1/2" Wide
x 23" x 40" Tall

**Warehouse Location:** RBB4A (inside)
**Secondary Whse Location:** RBA16A
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315


**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro &
Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70447**
**Jewelry Display Case, No Keys, Measures 49-1/2"**
**Wide x 23" x 40" Tall**

Jewelry Display Case, No Keys, Measures 49-1/2" Wide
x 23" x 40" Tall

**Warehouse Location:** RBB4A (inside)
**Secondary Whse Location:** RBA16A
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70448**
**Jewelry Display Case, No Keys, Measures 49-1/2"**
**Wide x 23" x 40" Tall**

Jewelry Display Case, No Keys, Measures 49-1/2" Wide
x 23" x 40" Tall

**Warehouse Location:** RBB4A (inside)
**Secondary Whse Location:** RBA16A
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70449**
**Jewelry Display Case, No Keys, Measures 49-1/2"**
**Wide x 23" x 40" Tall**

Jewelry Display Case, No Keys, Measures 49-1/2" Wide
x 23" x 40" Tall

**Warehouse Location:** RBB4A (inside)
**Secondary Whse Location:** RBA16A
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70450**
**Binder of Detroit Tigers Memorabilia, Includes**
**Players In Alphabetical Order From Cliff Bolton**
**-...**

Binder of Detroit Tigers Memorabilia, Includes Players
In Alphabetical Order From Cliff Bolton - Louis Brower, Some Are Signed
With Certificates Of Authenticity, See Second Picture For Full List Of
Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**RL Repocast.com®**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70451**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Dennis Kinney -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Dennis Kinney - Lerrin Lagrow, Some Are Signed With Certificates Of Authenticity, See Second And Third Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70452**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From CHarlienDeal -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From CHarlienDeal - Jess Doyle, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70453**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Delos Drake -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Delos Drake - Dave Engle, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-70454**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Chief Hogsett -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Chief Hogsett - Waite Hoyt, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70455**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Charles Hudson ...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Charles Hudson - Gregg Jeffries, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70456**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Gabe Kapler -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Gabe Kapler - Gene Kingsdale, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Repocast.com**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70457**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jim Hegan -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jim Hegan - Billy Hoeft, Some Are Signed, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70458**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Hugh is...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Hugh is Jennings - Al Kaline, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70459**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Frank Barnes -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Frank Barnes - Buddy Bell, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70460**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Charlie Bennet ...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Charlie Bennet - Milt Bolling, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Repocast.com**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700



**Lot 2-70461**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From George Caster -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From George Caster - Flea Clifton, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70462**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jim Crawford -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jim Crawford - Woody Davis, Some Are Signed, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70463**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Cliff Bolton -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Cliff Bolton - Louis Brower, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315



**Lot 2-70464**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Joe Cobb -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Joe Cobb - Rocky Colavito, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Repocast.com®**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70465**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Enid Cabell -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Enid Cabell - Ron Cash, Some Are Signed, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70466**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Chris Brown -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Chris Brown - Harry Byrd, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70467**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jimmy Archer -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jimmy Archer - Clyde Barfoot, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315



**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-70468**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Glenn Abbott -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Glenn Abbott - Sparky Anderson, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70469**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Wendell Magee -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Wendell Magee - Eddie Mathews, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70470**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From John Wockenfuss...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From John Wockenfuss - Whit Wyatt Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**RC Repocast.com®**
A MIEDEMA COMPANY

**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

### Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-70471**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Walt Terrell -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Walt Terrell - Dick Tracewski, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70472**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From George D. Susce...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From George D. Susce - Birdie Tebbetts Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70473**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Joe Staton - Ed...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Joe Staton - Ed Summers, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

# Repocast.com
A MIEDEMA COMPANY

***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70474**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Alan Trammell -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Alan Trammell - Larry Twitchell, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70475**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Bob Uhle -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Bob Uhle - Fernando Vina, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70476**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Johnny Podres -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Johnny Podres - Ed Rakow, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

# Repocast.com®
A MIEDEMA COMPANY

**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-70477**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Ozzie Virgil -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Ozzie Virgil - Tom Walker, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70478**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Earl Whitehill ...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Earl Whitehill - Hugh Wise, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70479**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jim E. Walkup -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jim E. Walkup - Rondell White, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

# Repocast.com

A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70480**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Wilkin Ramirez ...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Wilkin Ramirez - Mike Rivera, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70481**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Cecil Fielder -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Cecil Fielder - Paul Foytack, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70482**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Greg Gohr -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Greg Gohr - Lenny Green, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**RC Repocast.com®**
A MIEDEMA COMPANY

**Call us at +16162614988**

**PRELIMINARY**

**Statement #156029**

Page 15 / 33

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70483**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Ray Francis -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Ray Francis - Pedro Garcia, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70484**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Gil English -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Gil English - Mark Fidrych, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70485**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Bob Hamelin -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Bob Hamelin - Richie Hebner, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**RC Repocast.com**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70486**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Phil Garner -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Phil Garner - Ed Glynn, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70487**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Hank Greenberg ...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Hank Greenberg - Shane Halter, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70488**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Johnny Pasek -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Johnny Pasek - Ryan Perry,, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**RC Repocast.com®**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70489**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Mike Roark -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Mike Roark - Bill Roman, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70490**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Ed Romero -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Ed Romero - Jack Russell, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70491**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From A.J. Saber -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From A.J. Saber - Jihnnie Seale, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**RC Repocast.com®**
A MIEDEMA COMPANY

**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70492**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Johnny Pesky -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Johnny Pesky - Chris Pittaro, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70493**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Larry Osborne -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Larry Osborne - Dixie Parsons, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70494**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jim Northrup -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Jim Northrup - Joe Orrell, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**RC Repocast.com®**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

### Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700



**Lot 2-70495**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Russ Nagelson -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Russ Nagelson - Hideo Nomo, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70496**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Steve Searcy -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Steve Searcy - Bill Shindle, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70497**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Bob Smith -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Bob Smith - Mickey Stanley, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

# Repocast.com®
A MIEDEMA COMPANY

**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro & Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700



**Lot 2-70498**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Ivey Shiver -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Ivey Shiver - Jim Small, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315



**Lot 2-70499**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Joe Yeager -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Joe Yeager - George Zuverink, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70500**
**Female Bust With Stand, Signed C. Lapini Firenze 1895, Base Has Some Slight Damage**

Female Bust With Stand, Signed C. Lapini Firenze 1895, Base Has Some Slight Damage

**Warehouse Location:** 2U15 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70501**
**Lastolite 3' Cube Lite**

Lastolite 3' Cube Lite

**Warehouse Location:** 2U22 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315


**Repocast.com**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700


**Lot 2-70502**
**Assorted Jewelry Display Accessories, Necklace Displays, Ring Displays, etc.**

Assorted Jewelry Display Accessories, Necklace Displays, Ring Displays, etc.

**Warehouse Location:** 2U23 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315


**Lot 2-70503**
**Lot of Assorted Porcelain And Glassware, Includes Serving Platters, Cups, Prisms, etc.**

Lot of Assorted Porcelain And Glassware, Includes Serving Platters, Cups, Prisms, etc.

**Warehouse Location:** 2U30 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315


**Lot 2-70504**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Mark Leiter -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Mark Leiter - Aurelio Lopez, Some Are Signed, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70505**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Bob Mavis -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Bob Mavis - Archie McKain, Some Are Signed, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Repocast.com**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-70506**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Charlie Metro -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Charlie Metro - Sid Monge Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70507**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From RED McKee -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From RED McKee - Scat Metha, Some Are Signed, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70508**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Craig Monroe -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Craig Monroe - Mike Myers, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315



**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Payout Information**

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-70509**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Eddie Lake -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Eddie Lake - Ron LeFlore, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70510**
**Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Art Loudell -...**

Binder of Detroit Tigers Memorabilia, Includes Players In Alphabetical Order From Art Loudell - Bill Madlock, Some Are Signed With Certificates Of Authenticity, See Second Picture For Full List Of Contents

**Warehouse Location:** MEZ (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70511**
**Lot of (6) Pieces Glass Bakeware, Pieces From Anchor Ovenware, And L & M Vignette**

Lot of (6) Pieces Glass Bakeware, Pieces From Anchor Ovenware, And L & M Vignette

**Warehouse Location:** 2S22 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70512**
**Lot of (3) Meissen 5" Diameter Shallow Bowls From Germany, And (1) Spode's Camilla" Serving Tray...**

Lot of (3) Meissen 5" Diameter Shallow Bowls From Germany, And (1) Spode's "Camilla" Serving Tray From Copeland England

**Warehouse Location:** 2T26 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315


**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro &
Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70513**
**Lorn Of Assorted Silver-Color Pieces, Includes Goblets, Gravy Boat, Goose Sign, etc.**

Lorn Of Assorted Silver-Color Pieces, Includes Goblets, Gravy Boat, Goose Sign, etc.

**Warehouse Location:** 2S24 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70514**
**Lot of (2) Reed & Barton Silver Colored Bowls, Porcelain Candle Cover, And (6) Small...**

Lot of (2) Reed & Barton Silver Colored Bowls, Porcelain Candle Cover, And (6) Small Sculptures, Made Of Stone And Jade

**Warehouse Location:** 2T25 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70515**
**Lot of Assorted Glassware, Vase, Creamer Cup, Sugar Bowl, (4) Amber Glass Pitchers, And (2) Goblets**

Lot of Assorted Glassware, Vase, Creamer Cup, Sugar Bowl, (4) Amber Glass Pitchers, And (2) Goblets

**Warehouse Location:** 2T10 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70516**
**Lot of (8) Duck Decoys, Includes (3) Anchors, (1) Is Hand Carved, Drake cinnamon Teal**

Lot of (8) Duck Decoys, Includes (3) Anchors, (1) Is Hand Carved, Drake cinnamon Teal

**Warehouse Location:** 2T30 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

# Repocast.com®
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro & Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700



**Lot 2-70517**
**Lot of (24) Plates, Makes Include Royal Copenhagen Denmark, Royal Doulton England, H & C: L...**

Lot of (24) Plates, Makes Include Royal Copenhagen Denmark, Royal Doulton England, H & C: L France, Some Plates Have Chips Around Edges, Also Includes (2) Bags

**Warehouse Location:** 2H37 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70518**
**Lot of (4) Blue China Plates (1) Serving Platter, Vase, Goblet, And Miscellaneous Other Pieces Of...**

Lot of (4) Blue China Plates (1) Serving Platter, Vase, Goblet, And Miscellaneous Other Pieces Of Glassware, Brands Include Byron FW & C, Oriental W.R., Royal Semi Porcelain Johnson Broe, And Scinde Oriental Stone

**Warehouse Location:** 2J2 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Lot 2-70519**
**Lot of Assorted Glass Pieces, And dinnerware Related Pieces, Includes: Small Copper Pot, (15)...**

Lot of Assorted Glass Pieces, And dinnerware Related Pieces, Includes: Small Copper Pot, (15) Pink Glass Glasses, 2 Different Sizes, Collection Of Amber Glass Pieces, Red And Clear Glass Container, Green Vases, Picard Vase, And (7) Hand Made M. Qasim & Bro Dalgate Chinese Bowls

**Warehouse Location:** 2I15 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315


**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro & Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70520**
**Lot of Assorted Clear GlassWare, Includes Broken Serving Tray, (2) Sectioned Serving Trays, (4)...**

Lot of Assorted Clear GlassWare, Includes Broken Serving Tray, (2) Sectioned Serving Trays, (4) Salt/Pepper Shakers, (4) Glasses One Of Which Has Slight Damage On Base, And Tall Serving Glass

**Warehouse Location:** 2N36 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70521**
**Lot of (7) Goebel Annual Plates, Includes 71, & 78 - 83**

Lot of (7) Goebel Annual Plates, Includes '71, & '78 - '83

**Warehouse Location:** 2L22 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70522**
**(2) Wheeling Decorating Porcelain Decorative Bins, And Limoges France Porcelain Container,...**

(2) Wheeling Decorating Porcelain Decorative Bins, And Limoges France Porcelain Container, Approximately 5" Wide

**Warehouse Location:** 2G35 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-70523**
**Lot of Assorted Glass Pieces, Includes Multi-Colored Sets, Punch Glass Set, Champagne Glasses,...**

Lot of Assorted Glass Pieces, Includes Multi-Colored Sets, Punch Glass Set, Champagne Glasses, One Of Which Is Broken, And Large Set Of Long Stem Green Goblets

**Warehouse Location:** 2G9 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315


**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70524**
**Framed Decorative Plate, And (2) Glass Vases, Unknown Makes For All**

Framed Decorative Plate, And (2) Glass Vases, Unknown Makes For All

**Warehouse Location:** 2G9 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70525**
**Manfrotte 3021N Tripod, And Advance Photo Video Products Tripod System, Includes (2) Tripods, And...**

Manfrotte 3021N Tripod, And Advance Photo Video Products Tripod System, Includes (2) Tripods, And (2) Extra Poles For Height

**Warehouse Location:** 2G20 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70526**
**Assortment Of Glass Drinking Utensils, Includes Margarita Glasses, Champagne Glasses, Glasses...**

Assortment Of Glass Drinking Utensils, Includes Margarita Glasses, Champagne Glasses, Glasses With Metal Exterior, Glasses With Handles, Etc.

**Warehouse Location:** 2M32 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70527**
**Large Lot Of Glass Drinking Utensils, Includes Goblets, Shot Glasses, etc**

Large Lot Of Glass Drinking Utensils, Includes Goblets, Shot Glasses, etc

**Warehouse Location:** 2L10 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

# Repocast.com®
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro & Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70528**
**Limoges Bowl, O.&E.G. Royal Plate, (2) Glass Candleholders, And Assortment Of Glass Pieces,...**

Limoges Bowl, O.&E.G. Royal Plate, (2) Glass Candleholders, And Assortment Of Glass Pieces, Semmingly For Chandelier

**Warehouse Location:** 2N22 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70529**
**Collection Of Silverware, (2) Glass Perfume Bottles, Flat Vase Marked C.E.B. 1909, Wedgwood Greek...**

Collection Of Silverware, (2) Glass Perfume Bottles, Flat Vase Marked C.E.B. 1909, Wedgwood Greek Style Vase, Other Miscellaneous Glass Pieces, (6) Lenox Cups, And (2) Abco Tableware Ashtrays

**Warehouse Location:** 2L10 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70530**
**German Stein, Approximately 14-1/2" Tall, Marked Germany 1063 On Base**

German Stein, Approximately 14-1/2" Tall, Marked Germany 1063 On Base

**Warehouse Location:** DC1 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70531**
**Lot of (8) Steins, Various Sizes, Some Are Labeled Germany On Base**

Lot of (8) Steins, Various Sizes, Some Are Labeled Germany On Base

**Warehouse Location:** 2G8 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315


Call us at *+16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro & Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70532**
**State of New York Enumeration Of Inhabitants, 1925, And Catalogue War Paintings By Soldiers Of...**

State of New York Enumeration Of Inhabitants, 1925, And Catalogue War Paintings By Soldiers Of France

**Warehouse Location:** DC2 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70533**
**Wheeling Porcelain Jug, Box Of Skewers, Display Trays, Candle Holder, Cookie Jar, Mason Jars, (8)...**

Wheeling Porcelain Jug, Box Of Skewers, Display Trays, Candle Holder, Cookie Jar, Mason Jars, (8) Tuscany Collection Lotus Mugs, And (10) Various Height Wine Glasses

**Warehouse Location:** 2R36 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70534**
**Lot of Studio Lifting Equipment, Includes Tripods, Screens, (2) Excalibur 6400 Lights, etc.**

Lot of Studio Lifting Equipment, Includes Tripods, Screens, (2) Excalibur 6400 Lights, etc.

**Warehouse Location:** 2R40 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70535**
**Lot of (2) Berg 50F9413707 Jewelry Display Cases With Carrying Cases**

Lot of (2) Berg 50F9413707 Jewelry Display Cases With Carrying Cases

**Warehouse Location:** C3B2 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

# Repocast.com®
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro & Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70536**
**Sculpture of Man And Woman Embracing On Rock, Could Not Locate Make, Has Some Damage**

Sculpture of Man And Woman Embracing On Rock, Could Not Locate Make, Has Some Damage

**Warehouse Location:** F3B3 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70537**
**HP Officejet H470 Mobile Printer**

Comes With Cords And Ink Package

**Warehouse Location:** 2P8 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70538**
**Lot of (4) Wooden Duck Decoys**

Lot of (4) Wooden Duck Decoys

**Warehouse Location:** 2Q8 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70539**
**Blade Lite 48" Retractable Banner Stand, Item Code: BLD-LT-1200**

Blade Lite 48" Retractable Banner Stand, Item Code: BLD-LT-1200

**Warehouse Location:** 2L40 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315



**Call us at +16162614988**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

Mark Shapiro
Steinberg, Shapiro &
Clark
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-70540**
**Lot of Assorted Glassware, Includes (7) Small Lenox Cups, Serving Trays, (2) Glasses, Assorted...**

Lot of Assorted Glassware, Includes (7) Small Lenox Cups, Serving Trays, (2) Glasses, Assorted Vases, And Lamp Covers

**Warehouse Location:** 2M40 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70541**
**Lot of Silver-Colored And Glass Trays/Bowls, Candlesticks, etc. Includes Brands Such As: Sheridan...**

Lot of Silver-Colored And Glass Trays/Bowls, Candlesticks, etc. Includes Brands Such As: Sheridan Taunton Silversmiths, Sheffield Silver Company, Leonard Silver, F.B. Rogers Silver Co., and Tiffany & Co. Maker's Sterling

**Warehouse Location:** 2L37 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---



**Lot 2-70542**
**Lot of (2) Lamps With Vivid Colonial Style Artwork, Unknown Make, Missing Shades**

Lot of (2) Lamps With Vivid Colonial Style Artwork, Unknown Make, Missing Shades

**Warehouse Location:** DC2 (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

---

**Lot 2-75855**
**Lot of (3) 4-Drawer Hon Fire Safe Filing Cabinets, Each Measures 17" Wide x 25" x 52" Tall, Has...**

Lot of (3) 4-Drawer Hon Fire Safe Filing Cabinets, Each Measures 17" Wide x 25" x 52" Tall, Has Some Dents/Scratches, Comes With Keys

**Warehouse Location:** RBB6A (inside)
**Selling Location:** 601 Gordon Industrial Ct. SW, Byron Center, MI 49315



A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Repocast.com**
A MIEDEMA COMPANY

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

### Repocast.com Ortonville Location

1290 N. Ortonville Road Suite B
Ortonville, MI 48462
Phone: (248) 627-5200
Phone: (866) 550-7376
Fax: (248) 627-5300
Email: info@repocast.com

Monday: 9:00 AM - 4:00 PM
Tuesday: 9:00 AM - 6:00 PM
Wednesday: 9:00 AM - 4:00 PM
Thursday: 9:00 AM - 6:00 PM
Friday: 9:00 AM - 4:00 PM
Saturday: 9:00 AM - 12:00 PM

All Times Are Eastern Standard Time

### MIEDEMA COMPANIES

Corporate Office
Byron Center, MI 49315
Phone: (616) 538-0367

Orbitbid.com
Rangerbid.com
SSLFirearms.com
LASTBIDrealestate.com
Miedema Appraisals, Inc.
Miedema Auctineering, Inc.
Online-AuctionSoftware.com, Inc.

### Repocast.com Wayland

3450 12th Street
Wayland, MI 49348
Phone: (616) 261-4982
Phone: (866) 550-7376
Fax: (269) 792-0188
Email: info@repocast.com

Monday: 9:00 AM - 4:00 PM
Tuesday: 9:00 AM - 4:00 PM
Wednesday: 9:00 AM - 4:00 PM
Thursday: 9:00 AM - 4:00 PM
Friday: 9:00 AM - 4:00 PM
Saturday: 9:00 AM - 12:00 PM

All Times Are Eastern Standard Time

### Repocast.com Byron Center

601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989
Email: info@repocast.com

Monday: 9:00 AM - 5:00 PM
Tuesday: 9:00 AM - 7:00 PM
Wednesday: 9:00 AM - 5:00 PM
Thursday: 9:00 AM - *6:00 PM*
Friday: 8:00 AM - 4:30 PM
Saturday: 8:00 AM - 3:00 PM

*Thursday: Open until 8:00PM for Inspection
All Times Are Eastern Standard Time

| Exhibit 22a - Assets Seized by Prepetition Creditor | | |
|---|---|---|
| | | |
| Lot # (if available) | Item Description | |
| 38 | Belt | |
| | Black pearl bracelet | |
| 24 | Black stone with report | |
| 22 | Bow Pendant | |
| 79 | Gold bracelet | |
| 17 | Gold bracelet | |
| | Pendant with purple stones and pearls | |
| 459 | Dark colored stone in case | |
| 89 | Catseye stone with description | |
| 278 | Clear stone in case | |
| 104 | Clip on earrings | |
| 18 | Clip on earrings (silver with stones) | |
| | Clip on earrings (purple stones) | |
| 95 | Clip on earrings | |
| | Pendant - Emerald with report | |
| 80 | Empty bag with tags | |
| 62 | Empty bag | |
| 54 | Empty bag | |
| 81 | Empty bag | |
| 21 | Gold bracelet | |
| 77 | Gold chain with face pendant | |
| 29 | Gold chain with pendant with green stones | |
| 96 | Gold chain with pearls | |
| 59 | Gold link chain | |
| 20 | Pendant | |

| | | |
|---|---|---|
| 49 | Gold chain with large aqua stone pendant | |
| 46 | Gold ring | |
| 36 | Gold ring with green stone | |
| 28 | Gold ring with green stone | |
| 73 | Gold ring with purple stone | |
| 3 | Gold ring with purple stone | |
| 90 | Gold ring with purple stone | |
| 46 | Gold ring | |
| 74 | Gold bracelet | |
| 465 | Light green stone in case | |
| 102 | Stone carvings | |
| 101 | Stone carving | |
| 106 | Stone carving | |
| 100 | Stone carving | |
| 105 | Stone carving | |
| 124 | Green stone | |
| 124 | Stone carving | |
| 122 | Stone carving | |
| 113 | Stone pendants | |
| 161 | Jade stone with report | |
| 159 | Jade stone with report | |
| | Jade stone with report | |
| 30 | Blurry - gold and pearl something | |
| 89 | Orange color stone | |
| 89 | Red stone | |
| 89 | pearl in a box | |
| | Gold / green stone necklace in case | |
| 63 | Gold chain with pearls | |
| | Pearl bracelet with green leaf pendant | |
| 31 | Pearl bracelet with square pendant with different colored stones | |

| | | |
|---|---|---|
| | Pearl bracelet with clasp with pearl | |
| | Pearl bracelet | |
| 37 | Pearl bracelet | |
| | Pearl necklace with report (65 drilled pearls…) | |
| 69 | Pendant large center red stone with green ones | |
| 70 | Pendant - large blue stone | |
| | Perfume bottle in case | |
| | Perfume bottle | |
| 101 | Tourmaline stone 4 oz ct | |
| 85 | Tourmaline stone | |
| | Pipe in case | |
| | Amethyst Stone (part of lot 89 pictured previously) | |
| | Pendant with purple stones and pearls (second one) | |
| 71 | Gold ring with light blue stone | |
| | Ring with blue and green stones around band | |
| 26 | Gold ring with center blue stone and clear stones around | |
| 91 | Gold ring with blue stone | |
| 2 | Gold ring with purple stone | |
| 122 | Large gold ring with stone and report | |
| 54 | Ring with large stone | |
| 72 | Ring with large yellow stone | |
| 88 | Scheelite stone | |
| | Silver box with blue lid and carvings | |
| | Silver box with ridges and blue stones | |
| | Silver box with engraving | |
| | Silver box with rounded edges & ridges | |
| | Silver box (blurry picture) with emblem | |
| 34 | Silver bracelet | |
| 32 | Silver bracelet with criss/cross on top | |
| 65 | Pendant with blue stones | |

| | | |
|---|---|---|
| 57 | Silver chain with large blue ball pendant | |
| 97 | Silver chain with small pendant | |
| 84 | Silver link chains (2) - one with a yellow colored stone pendant | |
| 61 | Ring with light and dark purple stones | |
| 66 | Ring with green stone | |
| 6 | Ring with square top and 9 small pearls | |
| 103 | Ring with rounded top edges | |
| | One pearl earring | |
| 34 | Small purple stone in black box | |
| | Small purple stone in black box (2) | |
| 103 | Stone carving | |
| 128 | Stone carving | |
| 129 | Stone Carving (cat) | |
| 132 | Stone carving | |
| 108 | Square stone with engraving | |
| 133 | Stone carving | |
| 115 | Stone carving | |
| 125 | Stone carving (looks almost like a boat) | |
| 125 | Stone carving mutli-colored | |
| 118 | Stone carving | |
| 130 | Stone carving | |
| 123 | Stone carvings (2) - Light green / dark purple | |
| 109 | Stone carving | |
| 101 | Stone carving | |
| 104 | Stone carving - flower | |
| 126 | Stone Carving - rectangle | |
| 144 | Stone carving - white pearl color | |
| 111 | Stone carving | |
| 107 | Stone carving | |
| 120 | Stone carving - circle | |

| | | |
|---|---|---|
| 121 | Stone carving - circle | |
| 122 | Stone carving | |
| 124 | Stone carving | |
| 111 | Stone carving | |
| 117 | Stone carving | |
| 119 | Stone carving | |
| 134 | Stone carving (white) | |
| 107 | Stone carving | |
| 110 | Stone pendants (rust color & green/white color) | |
| 110 | Stone pendants (small green one with gold loop & one with silver loop) | |
| 116 | Stone carvings | |
| 113 | Stone 2 rectangles | |
| 60 | Silver pin with tiny pearls and clear stones | |
| | Pearl necklace with small red stone pendant | |
| 38 | String of pearls | |
| | String of pearls with pendant with black stone in center | |
| 19 | String of pearls with silver pendant | |
| 25 | String of pearls with silver pendant | |
| 35 | String of pearls with silver pendant | |
| | String of pearls | |
| | String of pearls | |
| | Pearls with gold clasp (3 rows of pearls) Choker or bracelet | |
| 82 | String of pearls | |
| 36 | String of pearls (3 rows) | |
| | Tanzanite Stone | |
| 94 | Flowers with aqua colored stones | |
| 15 | Watch with black band and green/purple stones around face | |

| Exhibit 22b - Assets Seized prepetiton by Creditor and Secured in Storage Unit in St. Clair Shores | | | | |
|---|---|---|---|---|
| Bag | Lot | Description | | |
| 1841 | 511 | Worn leather moccasins | | |
| | 503 | Small Wooden Chair | | |
| | 502 | Small Wooden Stool | | |
| | 504 | 7 Pc Wooden Bowls oriental design | | |
| | 505 | 5 Pc Wooden Plates oriental design | | |
| | | | | |
| 2011-03 | | Glass Bulb | | |
| | | | | |
| 181-180-63108 | | Taup Candlestick | | |
| | 187 | Blue Crystal Glass | | |
| | 187 | Blue Crystal Glass Liberty Bell | | |
| | 182 | Black Mini Cauldron | | |
| | 187 | Glass Paper Weight | | |
| | 182 | Black Tall Cauldron | | |
| | | | | |
| | 290 | Shell Pitcher - Broken | | |
| | | Clips | | |
| | | Wooden Base | | |
| | | | | |
| | 366 | Blue White Small Ceramic Dishes (2) | | |
| | | Teacup (11) | | |
| | 389 | Crystal Ashtray | | |
| | 389 | Crystal Ashtray | | |
| | 366 | Sake Glass | | |
| | 316 | Crystal Candy Jar | | |
| | 316 | Glass Jar | | |
| | 450 | Crystal Vase (small) | | |
| | 323 | Blue/Gold Bowl | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 379 | Silver Spatula | | |
| | | 445 | 4 Small Royal Worchester Plates | | |
| | | 336 | Painted Plate - Woman & Child | | |
| | | | | | |
| | | | | | |
| | | 42089-32 | Silvered Metal Bird (2) | | |
| | | 42089-37 | Silvered Metal Goose (2) | | |
| | | | | | |
| | | 1841-482 | Chinese Lacquered Tea Box H6" x W11" D 8" | | |
| | | | | | |
| | | 63108-187 | Glass Swan Figurine bluish green | | |
| | | 1841-180 | Decanter with topper | | |
| | | 1841-180 | Jar/Cup with top | | |
| | | 1841-180 | Vase | | |
| | | | | | |
| | | 03-2011 #152 | Copeland Spode's Porcelain Covered Dishes | | |
| | | 42793-354 | Bottom - 2 tops | | |
| | | 42793-361 | Helmut Kruger, Berlin, Porcelain Dish | | |
| | | | | | |
| | | 42793-326 | Satsuma Vase & Chinese Cloisonne' Open Salt & Pepper Shaker | | |
| | | 42793-333 | Glass & Silver Plate | | |
| | | | Cups | | |
| | | | Cobalt Glass | | |
| | | | Small Milk Jug figurine | | |
| | | | Bird Glass Figurine | | |
| | | | Silver Plate & Small cups | | |
| | | 42793-333 | Glass weight bar | | |
| | | | jar | | |
| | | | holder | | |

| | | | | |
|---|---|---|---|---|
| | | basket figurine | | |
| | | blue holder | | |
| | | brown wine glass figurine | | |
| | | pink vase figurine | | |
| | | tea cup figurine | | |
| | | bird figurine | | |
| | | fork | | |
| | | frosted glass | | |
| | | blue vase figurine | | |
| | | vase | | |
| | | blue small cup figurine | | |
| | | | | |
| | | | | |
| | 44650-41 | Donna Karan Black Skirt | | |
| | 44650-49 | Donna Karan Purple Skirt & Shirt | | |
| | | Donna Karan Black Blazer | | |
| | 44650-41 | Donna Karan Black sequined blazer | | |
| | 42793-159 | Japanese Silk embroidered purse, framed | | |
| | | | | |
| | | | | |
| | 63108-181 | Blue glass bowl | | |
| | | Blue Vase | | |
| | | Pink glass bowl | | |
| | | Brown glass vase | | |
| | | Red/wite glass vase | | |
| | | Blue polka-dotted vase | | |
| | | | | |
| | | | | |
| | | Ballerina Snow Globe | | |
| | 1841-507 | Asian Plate | | |
| | 1841-477 | Mug w/ top that closes beer | | |
| | 1841-498 | Ceramic trunk looking piece | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | 42793-343 | Decanter w/ top taped up (2) | | |

Debtor name    **Joseph Dumouchelle Fine & Estate Jewellers, L.L.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **19-56239**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | |

Fill in this information to identify the case:

Debtor name **Joseph Dumouchelle Fine & Estate Jewellers, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **19-56239**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**A-Ron Resources**<br>**224 15th Street**<br>**Santa Monica, CA 90402**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,450,000.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Garrett Andrews**<br>**62 Lake Byrd Blvd.**<br>**Avon Park, FL 33825-8448**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,585.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Johnathan Birnbach**<br>**576 Fifth Avenue**<br>**Suite 301**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,279,785.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Elizabeth Camp**<br>**3008 Scarborough**<br>**Midland, MI 48640**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,044.00** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Keith Cauchi**
**9386 Kinloch**
**Redford, MI 48239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,162.50 |
|---|---|---|---|

**Leonides Dizon**
**3383 Lone Pine Road**
**West Bloomfield, MI 48323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810,000.00 |
|---|---|---|---|

**East Continental Gems, Inc.**
**580 Fifth Avenue**
**Suite 1115**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800,000.00 |
|---|---|---|---|

**Galaxy USA**
**62 W. 47th Street**
**Suite 707**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800,000.00 |
|---|---|---|---|

**Ted Gelov**
**14390 Clay Terrance Blvd.**
**Suite 205**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,500.00 |
|---|---|---|---|

**Arthur Harris**
**6992 Pebble Park Circle**
**West Bloomfield, MI 48322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850,000.00 |
|---|---|---|---|

**Marty Harrity**
**1266 Isabel Dr.**
**Sanibel, FL 33957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,457.50** |
|---|---|---|---|

**Diane Keys**
**970 Nottingham**
**Grosse Pointe, MI 48230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,637.00** |
|---|---|---|---|

**Martha Mast**
**4298 Meadow Lane**
**Bloomfield Hills, MI 48304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merrillwood Plaza**
**c/o Frank LaRocca Esq**
**Ishbia & Galeard PC**
**251 E. Merrill, Ste. 212**
**Birmingham, MI 48009-6150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lease termination claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500,000.00** |
|---|---|---|---|

**John Ragard**
**340 Cowry Court**
**Sanibel, FL 33957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000,000.00** |
|---|---|---|---|

**Thomas Ritter**
**Ritter, Laber & Associates, Inc.**
**PO Box 2138**
**Williston, ND 58802-2138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blake Rizzo**
**3240 Auten Road**
**Gaines, MI 48436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Collyer Allen Smith**
**1693 Cypress Pine Ct.**
**Ann Arbor, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500,000.00 |
|---|---|---|---|

**William Noble Rare Jewels, LP**
**100 Highland Park Village**
**Suite 200**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
|---|---|---|---|

**Patrick Young**
**48313 Madeline Court**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allen M Wolf Esq**<br>**436 S. Broadway**<br>**Suite C**<br>**Lake Orion, MI 48362** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Glenn Walter Esq**<br>**Honigman LLP**<br>**2290 First National Building**<br>**660 Woodward Ave.**<br>**Detroit, MI 48226-3506** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jay Welford Esq.**<br>**Jaffe Raitt Heuer & Weiss PC**<br>**27777 Franklin Road Ste. 2500**<br>**Southfield, MI 48034** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Thomas T. Ritter**<br>**PO Box 2138**<br>**Williston, ND 58802-2138** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 29,146,671.00 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 29,146,671.00 |

Debtor name   **Joseph Dumouchelle Fine & Estate Jewellers, L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   **19-56239**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of retail space located at 251 E. Merrill Ste. 236 Birmingham** |
|     State the term remaining | **Merrillwood Plaza c/o Frank LaRocca Esq Ishbia & Galeard PC 251 E. Merrill, Ste. 212 Birmingham, MI 48009-6150** |
|     List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name     **Joseph Dumouchelle Fine & Estate Jewellers, L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   **19-56239**

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1  **Joseph Dumouchelle** | | **A-Ron Resources** | ☐ D _____<br>■ E/F  _3.1_<br>☐ G _____ |
| 2.2  **Joseph Dumouchelle** | | **William Noble Rare Jewels, LP** | ☐ D _____<br>■ E/F  _3.19_<br>☐ G _____ |
| 2.3  **Joseph Dumouchelle** | | **John ~Ragard** | ☐ D _____<br>■ E/F  _3.15_<br>☐ G _____ |
| 2.4  **Joseph Dumouchelle** | | **Thomas ~Ritter** | ☐ D _____<br>■ E/F  _3.16_<br>☐ G _____ |
| 2.5  **Joseph Dumouchelle** | | **East Continental Gems, Inc.** | ☐ D _____<br>■ E/F  _3.7_<br>☐ G _____ |

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|

2.6    **Melinda Dumouchelle**                       **William Noble Rare Jewels, LP**

☐ D _____
■ E/F   **3.19**
☐ G _____

2.7    **Melinda Dumouchelle**                       **Thomas ~Ritter**

☐ D _____
■ E/F   **3.16**
☐ G _____

Debtor name     **Joseph Dumouchelle Fine & Estate Jewellers, L.L.C.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF MICHIGAN

Case number (if known)     **19-56239**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$15,276,968.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See below** | **On the advice of counsel, Debtor's principal has declined to provide this information and/or turn over documents responsive to this request. The trustee intends to obtain this information from other sources and will amend the Statement of Financial Affairs after obtaining these documents.** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See below** | **On the advice of counsel, Debtor's principal has declined to provide this information and/or turn over documents responsive to this request.  The trustee intends to obtain this information from other sources and will amend the Statement of Financial Affairs after obtaining these documents.** | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Teodor Gelov**<br>**14390 Clay Terrance Blvd.**<br>**Suite 205**<br>**Carmel, IN 46032** | **Property described in Schedule B 22.  To the best of the trustee's knowledge, information and belief, all such property has returned to the Trustee.** | | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **William Noble Rare Jewels, LP v. Joseph Dumouchelle Fine & Estate Jewellers, LLC and Joseph Dumouchelle 19-00264** | **civil/breach of agreement/theft/fraud** | **116th District Court Dallas County, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **A-Ron Resources, LLC vs Joseph Dumouchelle International Auctioneers, LLC and Does 1-50, inclusive 19SMCV01355** | **breach of contract-partnership agreement/breach of contract - VCA Agreement, breach of fiduciary duty/money had and received/accounting** | **Superior Court for the State of CA, LA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Teodor Gelov v Joseph Dumouchelle, Melinda Adducci-Dumouchelle, Joseph Dumouchelle Fine & Estate Jewellers, LLC 2019-1172619-CK** | **breach of promissory note, claim for accounting,claim and delivery, foreclosure of security interest, appointment of receiver pursuant to MCL 600.2926** | **Oakland County Circuit Court 1200 N. Telegraph Road Pontiac, MI** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **John Ragard v Joseph Dumouchelle and Joseph Dumouchelle Fine & Estate Jewellers, LLC 2019-172619-CK** | **civil/breach of promissory note, breach of promissory note (2), breach of promissory note (3), unjust enrichment, money had and received** | **20th Judicial Circuit Court - Lee Co.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Thomas Ritter v. Joseph Dumouchelle, Joseph Dumouchelle Fine & Estate Jewellers, LLC 53-2019-CV-01186** | **civil, breach of contract, promissory estoppel, unjust enrichment,equitable estoppel, fraud, accounting, breach of contract - promissory note** | **US District Court for the State of ND Williams Co., ND** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **East Continental Gems, Inc. v Joseph Dumouchelle, Joseph Dumouchelle Fine & Estate Jewellers, LLC 1:19-CV-03909 (AT)** | **civil, breach of contract, specific performance, conversion, unjust enrichment.** | **US District Court, SDNY** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | | **On the advice of counsel, Debtor's<br>principal has declined to provide this<br>information and/or turn over documents<br>responsive to this request. The trustee<br>intends to obtain this information from<br>other sources and will amend the<br>Statement of Financial Affairs after<br>obtaining these documents.** | | |
| | **See below** | | | **$0.00** |
| | Relationship to debtor | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **See below** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **On the advice of counsel, Debtor's principal has declined to provide this information and/or turn over documents responsive to this request. The trustee intends to obtain this information from other sources and will amend the Statement of Financial Affairs after obtaining these documents.** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Simply Self Stoarage<br>20335 E. 9 Mile Road<br>Saint Clair Shores, MI 48080** | **Fred Dery, Trustee** | **Assets removed to Trustee's possession; older jewelry cases and other items.** | ☐ No<br>■ Yes |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

19-56239-lsg    Doc 70    Filed 02/05/20    Entered 02/05/20 21:31:03    Page 68 of 73

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **The Accounting Office, Inc.**<br>**175 Cadycentre**<br>**Suite 300**<br>**Northville, MI 48167-1120** | **All** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **The Accounting Office, Inc.**<br>**175 Cadycentre**<br>**Suite 300**<br>**Northville, MI 48167-1120** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **The Accounting Office, Inc.**<br>**175 Cadycentre**<br>**Suite 300**<br>**Northville, MI 48167-1120** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **See below** | | **On the advice of counsel, Debtor's principal has declined to provide this information and/or turn over documents responsive to this request. The trustee intends to obtain this information from other sources and will amend the Statement of Financial Affairs after obtaining these documents.** |

| Name and address of the person who has possession of inventory records |
|---|
| **Unknown** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  5, 2020**

/s/ Mark H. Shapiro, Chapter 7 Trustee*              Mark H. Shapiro
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Chapter 7 Trustee

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

*The Trustee is signing these Schedules and Statements because the Debtor's principal has declined to sign them, based upon his First Amendment Privilege against self-incrimination.  The Schedules and Statements are based upon the limited information available to the Trustee at this time, and the Trustee anticipates these documents will be amended as information is discovered and the administration of this case progresses.

**Exhibit Statement of Financial Affairs**

| Date | From | To | Amount |
|---|---|---|---|
| 11/27/18 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 5000.00 |
| | | | |
| 12/19/18 | LLC's Acct - xx6380 | Loan Acct - xx1386 | 4209.94 |
| 12/19/18 | LLC's Acct - xx6380 | AmEx | 5000.00 |
| 12/24/18 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 4209.94 |
| 12/24/18 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 4700.00 |
| 12/24/18 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 8000.00 |
| 12/24/18 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 8000.00 |
| 12/28/18 | LLC's Acct - xx6380 | ck to Joseph D. DuMouchelle | 5000.00 |
| | | | |
| 1/4/19 | LLC's Acct - xx6380 | AmEx | 7764.33 |
| 1/10/19 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 2000.00 |
| 2/4/19 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 500.00 |
| 2/4/19 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 1600.00 |
| 2/12/19 | LLC's Acct - xx6380 | AmEx | 5700.15 |
| 2/13/19 | LLC's Acct - xx6380 | AmEx | 62545.16 |
| 2/13/19 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 3841.84 |
| 2/14/19 | LLC's Acct - xx6380 | Personal Acct - xx2768 | 1608.61 |
| | | | |
| | | | $129,679.97 |
| | | | |
| | | | |
| | | | |