UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph DuMouchelle Fine & Estate Jewellers, L.L.C.,

Case No. 19-56239-PJS
Chapter 7
Hon. Phillip J. Shefferly

Debtor.
_____/

## TRUSTEE'S REPORT OF SALE

Prior to the filing of the bankruptcy, Repocast sold two guns. The proceeds from the sale of the guns totaled $762.78. Attached is the individual sale price of each gun.

    /s/ Mark H. Shapiro (P43134)
Chapter 7 Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date: March 9, 2020


*Call us at +16164326640*

SSLFirearms.com - 601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 432-6640
Phone: (616) 446-3410

| **Auction Information** |
|---|
| **Auction Code:** 7 |
| **Auction Date:** 01/07/2020 |
| **Auction Title:** Sporting Goods & Firearms Auction (NO MINS OR RESERVES!) 1/7/2020 |

| **Payout Information** | **Consignor Information** | |
|---|---|---|
| **Steinberg, Shapiro & Clark**<br>25925 Telegraph Rd<br>Southfield, MI 48033 | **Mark Shapiro**<br>**Steinberg, Shapiro & Clark**<br>25925 Telegraph Rd<br>Southfield, MI 48033 | CID:604564<br>Work: (248) 352-4700 |

### Sold Lots

**Lot 41-30341  \***
**Ithaca Gun Co Side x Side break action 20 Ga shotgun. Has 28" barrels with a fixed full choke and...**

| | Amount |
|---|---|
| Sale Price | $656.00 |
| 12% Commission | ($78.72) |
| Listing Fee | ($5.00) |
| **Total** | **$572.28** |

Ithaca Gun Co Side x Side break action 20 Ga shotgun. Has 28" barrels with a fixed full choke and a fixed improved cylinder choke. Overall in fair used condition. Stock shows some scattered wear in the finish along with a few scratches, receiver has normal finish wear with minor surface rust throughout, forearm is in good shape with light scratches, and barrels show scattered spots of minor surface rust with a few scratches as well. Left barrel does have a small dent near the muzzle area. Mid bore shines for both barrels.

**Selling Location:** SSLFirearms.com - 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Serial Number:** 264539

**Lot 41-30342**
**LC Smith Field Grade Side x Side break action 12 Ga shotgun. Has 28" Armor Steel barrels with...**

| | Amount |
|---|---|
| Sale Price | $230.00 |
| 15% Commission | ($34.50) |
| Listing Fee | ($5.00) |
| **Total** | **$190.50** |

LC Smith Field Grade Side x Side break action 12 Ga shotgun. Has 28" Armor Steel barrels with fixed improved cylinder and modified chokes. Overall in poor to fair used condition. Stock shows scattered wear and scratches, receiver has scattered surface rust, trigger guard/triggers all show surface rust, release lever has rust, forearm is in good shape with minimal wear present, and both barrels show scattered surface rust/light pitting along with some finish wear. Mid bore shines, both show some scattered internal pitting.

**Selling Location:** SSLFirearms.com - 601 Gordon Industrial Ct. SW, Byron Center, MI 49315

**Serial Number:** 219707E


*Call us at +16164326640*

SSLFirearms.com - 601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 432-6640
Phone: (616) 446-3410

## Auction Information

**Auction Code:** 7
**Auction Date:** 01/07/2020
**Auction Title:** Sporting Goods & Firearms Auction (NO MINS OR RESERVES!) 1/7/2020

## Payout Information

**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd
Southfield, MI 48033

CID:604564
Work: (248) 352-4700

| | |
|---|---:|
| Sales Total | $886.00 |
| Less Commission | $113.22 |
| Less Commission Fees | $0.00 |
| Less Liens | $0.00 |
| Less Expenses | $10.00 |
| **Statement Total** | **$762.78** |
| Payments Made | $0.00 |
| **Amt. Payable to Seller** | **$762.78** |

### SSLFirearms.com - Byron Center, MI

SSLFirearms.com - 601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 432-6640
Phone: (616) 446-3410
Email: info@sslfirearms.com

Hours Vary. SSLFirearms.com hours of operation are determined by the auction. Please refer to each auction for specific hours. **Note: SSLFirearms.com is NOT open the same hours as Repocast.com.