UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Joseph DuMouchelle Fine & Estate Jewellers, L.L.C., | Case No. 19-56239-PJS<br>Chapter 7<br>Hon. Phillip J. Shefferly |
| Debtor.<br>_____/ | |

**FIRST AND FINAL FEE APPLICATION
OF AUCTIONEER FOR TRUSTEE FOR THE PERIOD
JANUARY 21, 2020 THROUGH FEBRUARY 20, 2020**

Repocast.com states that no agreement or understanding exists between Repocast.com and any other person for the sharing of any compensation received for services rendered in or in connection with this case, other than agreements or understandings related to the division of compensation among Repocast.com's partners and associates.

    1.    Repocast.com applies to this Court for compensation and reimbursement of expenses under 11 U.S.C. §§ 330 and 331 and provides the following information in accordance with L.B.R. 2016-1 (E.D.M.).

        A.    Compensation sought to be approved: $727.80[1]

        B.    Expenses sought to be approved: $2,187.08

        C.    Repocast.com is not holding a retainer in this case.

---

[1] Repocast's commission of $742 was previously approved by court order dated January 21, 2020 (docket no. 53, paragraph A). The successful bidder was charged a 10% buyer's premium to pay the commission in full.

2. Time period of application. The expenses requested in this application are for services rendered during the period January 21, 2020 through February 20, 2020.

3. Summary of services rendered and benefits attained. The Trustee employed Repocast.com to auction personal property of Joseph DuMouchelle Fine & Estate Jewellers, L.L.C. Repocast.com conducted an auction sale of the personal property on February 20, 2020. Repocast.com sales totaled $7,245 which includes a buyers' premium on the sale of $742. The $742 buyers' premium was collected for payment of Repocast.com's commission pursuant to the January 21, 2020 order approving the auction sale (docket no. 53, paragraph A). Repocast.com incurred expenses totaling $2,187.08 for recovery of the personal property, storing, advertising and promotion of the auction, auction sale preparation, and labor. Repocast.com's expense request is near the cost estimate set forth in the Application for Order Approving Trustee's Employment of Auctioneer that was approved by the Court. (See docket nos. 44 and 53, Application and Order Approving Trustee's Employment of Auctioneer.)

4. Adversary proceedings. None.

5. Case status.

```
Receipts  ..............................................................$6,825.78
Funds coming in  .................................................$1,215.00
Disbursements  ........................................................$0.00
Balance  ...............................................................$8,040.78
```

6. Services to be rendered in the future. None anticipated.

7. Accrued unpaid administrative expenses. Trustee's counsel has accrued fees and expenses of $25,000. Besides Trustee's counsel's fees, Repocasts.com's costs and buyer's premium requested in this application, Repocast.com is not aware of any other accrued, unpaid administrative expenses.

8. Duplicative services. Repocast.com is not requesting an award for the services of more than one professional or paraprofessional on any given task.

9. Prior fee applications. None.

10. Trustee approval of application. The Trustee approves the request for reimbursement of expenses.

| Repocast.com | |
|---|---|
| /s/  Duane Mingerink, Auctioneer<br>601 Gordon Industrial Ct. SW<br>Byron Center, MI  49315<br>(616) 261-4988 | /s/  Mark H. Shapiro (P43134)<br>Chapter 7 Trustee<br>25925 Telegraph Road, Suite 203<br>Southfield, MI  48033<br>(248) 352-4700<br>shapiro@steinbergshapiro.com |

Date:  March 25, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph DuMouchelle Fine & Estate
Jewellers, L.L.C., xx-xxx9383,
251 E. Merrill St., Ste. 236
Birmingham, MI 48009

Case No. 19-56239-PJS
Chapter 7
Hon. Phillip J. Shefferly

       Debtor.
_____/

**NOTICE OF FIRST AND FINAL FEE APPLICATION
OF AUCTIONEER FOR TRUSTEE FOR THE PERIOD
JANUARY 21, 2020 THROUGH FEBRUARY 20, 2020**

Steinberg Shapiro & Clark filed an application for fees of $727.80 and expenses of $2,187.08 for services rendered as attorney for the Chapter 7 Trustee. The fees and expenses will be paid out of the funds collected on behalf of the bankruptcy estate. The application may be reviewed in the Intake office at the U.S. Bankruptcy Court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to award the fees, or if you want the Court to consider your views on the application for fees, then within 21 days after service of this notice, you or your attorney must:

File with the Court a written objection or request for a hearing at[1]:

Intake Office
U.S. Bankruptcy Court
211 West Fort Street
Detroit, Michigan 48226

---

[1] Objection or request for hearing must comply with F.R.Civ.P. 8(b),(c) and (e).

If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so the court will **receive** it on or before the 21 day period expires. All attorneys are required to file pleadings electronically.

You must also send a copy to:

    Repocast.com
    Attn: Duane Mingerink, Auctioneer
    601 Gordon Industrial Ct. SW
    Byron Center, MI 49315

      and

    Mark H. Shapiro, Esq.
    Chapter 7 Trustee
    25925 Telegraph Road, Suite 203
    Southfield, Michigan 48033

If an objection or request for hearing is timely filed and served, the clerk will schedule a hearing on the application and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the request for fees and may enter an order granting that relief**.

| Repocast.com<br><br>/s/ Duane Mingerink, Auctioneer<br>601 Gordon Industrial Ct. SW<br>Byron Center, MI 49315<br>(616) 261-4988 | /s/ Mark H. Shapiro (P43134)<br>Chapter 7 Trustee<br>25925 Telegraph Road, Suite 203<br>Southfield, MI 48033<br>(248) 352-4700<br>shapiro@steinbergshapiro.com |
|---|---|

Date: March 25, 2020

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 19-56239-pjs<br>Eastern District of Michigan<br>Detroit<br>Wed Mar 25 13:08:29 EDT 2020 | 2627 E 8 MIle Rd.<br>2627 E. 8 Mile Rd.<br>Warren, MI 48091-2410 | 29488 Woodward Ave.<br>c.o Bryan Marcus P47125<br>29488 Woodward Ave., Suite 451<br>Royal Oak, MI 48073-0903 |
| A- RON Resources, LLC<br>224 15th Street<br>Santa Monica, CA 90402-2210 | A-RON Resources, LLC<br>c/o Glenn S. Walter/Honigman LLP<br>660 Woodward Ave., Ste. 2290<br>Detroit, MI 48226-3506 | Aaron Mendelsohn<br>c/o Glenn S. Walter/Honigman LLP<br>660 Woodward Ave., Ste. 2290<br>Detroit, MI 48226-3506 |
| Arthur Harris<br>6992 Pebble Park Circle<br>West Bloomfield, MI 48322-3510 | Robert N. Bassel<br>P.O. Box T<br>Clinton, MI 49236-0018 | Blake Rizzo<br>3240 Auten Road<br>Gaines, MI 48436 |
| Howard M. Borin<br>Schafer and Weiner, PLLC<br>40950 Woodward Ave.<br>Ste. 100<br>Bloomfield Hills, MI 48304-5124 | Tracy M. Clark<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | Collyer A. Smith<br>1693 Cypress Pointe Ct.<br>Ann Arbor, MI 48108-8505 |
| Collyer Allen Smith<br>1693 Cypress Pine Ct.<br>Ann Arbor, MI 48108-8505 | Diane Keys<br>970 Nottingham<br>Grosse Pointe, MI 48230-1734 | Leonides A Dizon<br>6685 Stillwell<br>West Bloomfield, MI 48322-1364 |
| East Continental Gems, Inc.<br>580 5th Avenue, Ste. 1115<br>New York, NY 10036-4726 | East Continental Gems, Inc.<br>580 Fifth Avenue<br>Suite 1115<br>New York, NY 10036-4726 | David Eisenberg<br>Maddin, Hauser, Roth & Heller, P.C.<br>28400 Northwestern Highway<br>Second Floor<br>Southfield, MI 48034-1839 |
| Elizabeth Camp<br>3008 Scarborough<br>Midland, MI 48640-6908 | Earle I. Erman<br>Maddin, Hauser, Roth & Heller, P.C.<br>28400 Northwestern Highway<br>Second Floor<br>Southfield, MI 48034-1839 | Galaxy USA<br>62 W. 47th Street<br>Suite 707<br>New York, NY 10036-3201 |
| Garrett Andrews<br>62 Lake Byrd Blvd.<br>Avon Park, FL 33825-8448 | Glenn Walter Esq<br>Honigman LLP<br>2290 First National Building<br>660 Woodward Ave.<br>Detroit, MI 48226-3516 | Kim K. Hillary<br>40950 Woodward Ave.<br>Ste. 100<br>Bloomfield Hills, MI 48304-5124 |
| Jay Welford Esq.<br>Jaffe Raitt Heuer & Weiss PC<br>27777 Franklin Road Ste. 2500<br>Southfield, MI 48034-8214 | John Ragard<br>340 Cowry Court<br>Sanibel, FL 33957-6400 | Johnathan Birnbach<br>576 Fifth Avenue<br>Suite 301<br>New York, NY 10036-4831 |
| Joseph DuMouchelle Fine & Estate Jewellers,<br>251 E. Merrill St.<br>Suite 236<br>Birmingham, MI 48009-6150 | Joseph Gaylord<br>Thomas, DeGrood & Witenoff, P.C.<br>26211 Central Park Blvd., Suite 110<br>Southfield, MI 48076-4154 | Shanna Marie Kaminski<br>160 W. Fort St.<br>5th Floor<br>Detroit, MI 48226-3700 |

| | | |
|---|---|---|
| Keith Cauchi<br>9386 Kinloch<br>Redford, MI 48239-1872 | Kevin G. Thomas<br>Thomas, DeGrood & Witenoff, P.C.<br>26211 Central Park Blvd., Suite 110<br>Southfield, MI 48076-4154 | Leonides A. Dizon<br>6685 Stillwell<br>W. Bloomfield, MI 48322-1364 |
| Leonides Dizon<br>3383 Lone Pine Road<br>West Bloomfield, MI 48323-3325 | Bryan D. Marcus<br>29488 Woodward Ave.<br>Suite 451<br>Royal Oak, MI 48073-0903 | Martha Mast<br>4298 Meadow Lane<br>Bloomfield Hills, MI 48304-3240 |
| Marty Harrity<br>1266 Isabel Dr.<br>Sanibel, FL 33957-3510 | Norma N. Camp Trust UAD<br>Elizabeth Camp<br>3008 Scarborough Ln.<br>Midland, MI 48640-6908 | Patrick Young<br>48313 Madeline Court<br>Canton, MI 48187-4949 |
| Precious Stones Company<br>c/o Honigman LLP<br>2290 First National Bldg.<br>660 Woodward Ave.<br>Detroit, MI 48226-3516 | Rachel F. Roll<br>5622 Hershey Lane<br>Alexandria, VA 22312-6324 | Thomas T Ritter<br>P.O. Box 2138<br>Williston, ND 58802-2138 |
| Deborah S. Rubin<br>27777 Franklin Road<br>Suite 2500<br>Southfield, MI 48034-8214 | Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | Ted Gelov<br>14390 Clay Terrance Blvd.<br>Suite 205<br>Carmel, IN 46032-3669 |
| Teodor Gelov<br>c/o Jay L. Welford, Esq.<br>Jaffe Raitt Heuer & Weiss, P.C.<br>27777 Franklin Rd., Ste. 2500<br>Southfield, MI 48034-8214 | Thomas Ritter<br>Ritter, Laber & Associates, Inc.<br>PO Box 2138<br>Williston, ND 58802-2138 | Thomas Ritter<br>c/o Bryan Marcus P47125<br>29488 Woodward Ave.<br>Suite 451<br>Royal Oak MI 48073-0903 |
| Glenn S. Walter<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506 | Daniel J. Weiner<br>40950 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304-5124 | Jay L. Welford<br>27777 Franklin Rd.<br>Suite 2500<br>Southfield, MI 48034-8214 |
| William Noble Rare Jewels, LP<br>100 Highland Park Village<br>Dallas, TX 75205-2784 | William Noble Rare Jewels, LP<br>100 Highland Park Village<br>Suite 200<br>Dallas, TX 75205-2720 | Allen M Wolf<br>The Wolf Law Firm<br>436 S. Broadway<br>Suite C<br>Lake Orion, MI 48362-2792 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)A-Ron Resources<br>224 15th Street<br>Santa Monica, CA 90402-2210 | (u)Jonathan Birnbach | (u)Teodor Gelov |

| | | |
|---|---|---|
| (d)Arthur Harris<br>6992 Pebble Park Circle<br>West Bloomfield, MI 48322-3510 | (u)J.B. International | (u)Joseph DuMouchelle and Melinda J. Adduci |
| (u)Aaron Mendelsohn | (u)Duane Mingerink | (u)John Ragard |
| (u)Thomas Ritter | (d)Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | (d)Thomas T. Ritter<br>PO Box 2138<br>Williston, ND 58802-2138 |

**End of Label Matrix**
Mailable recipients  53
Bypassed recipients  12
Total  65

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph DuMouchelle Fine & Estate Jewellers, L.L.C.,

Case No. 19-56239-PJS
Chapter 7
Hon. Phillip J. Shefferly

Debtor.
_____/

# EXHIBIT LIST

| Exhibit | Description |
| --- | --- |
| 1 | Proposed order granting fee application |
| 2 | Order approving employment of Repocast.com as auctioneer for the Trustee |
| 3 | n/a |
| 4 | n/a |
| 5 | n/a |
| 6 | Biography |
| 7 | Invoice |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph DuMouchelle Fine & Estate
Jewellers, L.L.C.,

              Debtor.
_____/

Case No. 19-56239-PJS
Chapter 7
Hon. Phillip J. Shefferly

**ORDER APPROVING FIRST AND FINAL FEE
APPLICATION OF AUCTIONEER FOR TRUSTEE
FOR THE PERIOD JANUARY 21, 2020 THROUGH FEBRUARY 20, 2020**

Repocast.com. filed and served on interested parties a first and final application for fees and expenses. No objections were timely filed. The Court has reviewed the application and is satisfied that benefits were conferred on the estate by the services rendered.

IT IS ORDERED as follows:

A.    Repocast.com's buyer's premium of $727.80 and costs of $2,187.08 for auctioneer services rendered for the Trustee during the period January 21, 2020 through February 20, 2020 are approved as Chapter 7 administrative expenses.

B.    The Trustee is authorized and directed to pay the above fees and expenses consistent with the Trustee's ability to pay other administrative expenses.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph DuMouchelle Fine & Estate Jewellers, L.L.C.,

Case No. 19-56239-PJS
Chapter 7
Hon. Phillip J. Shefferly

Debtor.
_____/

# EX PARTE ORDER APPROVING
# TRUSTEE'S EMPLOYMENT OF AUCTIONEER

This matter has come before the Court on the Trustee's ex parte application to employ auctioneer. The Court has reviewed the application and is satisfied that the same is in good order. The Court is otherwise fully advised in the premises.

IT IS ORDERED as follows:

A. The Trustee's employment of Repocast.com as auctioneer on the terms stated in the Trustee's Ex-Parte Application to Employ Auctioneer is approved; and

B. All fees and expenses sought by Repocast.com are conditioned upon court approval.

**Signed on January 21, 2020**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**

BIOS


**Sid Miedema – CEO, Miedema Asset Management Group**
Sid Miedema founded Miedema Auctioneering in 1984.  Today, Miedema Auctioneering has grown into Miedema Asset Management Group, which consists of Miedema Auctioneering, Miedema Appraisals, Repocast.com, Orbitbid.com, LastBidRealestate.com, OAS, Rangerbid.com, SSL Corp LLC, and Orbitbidcharity.com. The companies annually conduct over 500 auctions and appraise millions of dollars of assets. Sid is a first generation auctioneer and was inducted into the MAA Hall of Fame in 2005.  He has served as Director and President of the MAA.  He is a licensed real estate broker and member of CAR & MAR.  Sid has been privileged to present seminars at several association events and calling bids for many charity auctions.  Sid currently serves as CEO of Miedema Asset Management Group.


**Scott Miedema – COO, Miedema Asset Management Group**
Scott Miedema is the Chief Operating Officer of Miedema Asset Management Group.  He assisted in starting Miedema Auctioneering with his brother, Sid Miedema, in 1984 and has helped transform their business into a leading global auction and liquidation service provider.   Today Miedema Asset Management Group consists of Miedema Auctioneering, Miedema Appraisals, Repocast.com, Orbitbid.com, LastBidRealestate.com, OAS, Rangerbid.com, SSL Corp LLC, and Orbitbidcharity.com and employs over 180 throughout the United States.  The companies annually conduct over 500 auctions and appraise millions of dollars of assets.  Scott Miedema was a pioneer of the online auction methodology, as well as other asset management solutions that have transformed the auction industry.  Scott has served as President of the MAA, was inducted into the MAA Hall of Fame in 2009, and has conducted hundreds of charity events raising tens of millions for many worthwhile organizations.


**James Smith – Managing Partner, Miedema Asset Management Group**
James Smith is responsible for the operations of the eight companies in the Miedema Asset Management Group which conduct over 600 auctions annually and appraise millions of dollars of equipment.  James is a veteran of the United States Navy.  He has been an auctioneer since 1973. His entrepreneurial spirit, leadership and vision have contributed greatly to the growth and expansion of all the Miedema Asset Management Companies. He has extensive knowledge and experience in all areas of marketing, sales, customer service and management. James is an award winning auctioneer. He has a passion for training young business professionals and his mentoring of future leaders is widely appreciated.


**Chuck Ranney- Vice President, Miedema Auctioneering**
Chucks has 10 plus years' experience in the auction industry and currently serves on the board of the Michigan Auctioneers Association.  Chuck specializes in live auction events consisting of construction equipment, industrial equipment and farm equipment.  Chuck has travelled across the United States providing critical leadership and management of many high profile auctions liquidating millions of dollars of assets.


**Duane Mingerink -President of Operations, Repocast.com**
Duane Mingerink assisted in the starting of Repocast in 2000. Repocast is the leading repossession and online sales company in the Midwest. With its success, the company now employs 116 people in three different locations. These locations include Byron Center, Flint and Wayland, Michigan. The company works with multiple banks as well as credit unions, bankruptcy court trustees and also different court offices.


**Hib Kuiper- Vice President of Sales, Repocast.com**
Hib Kuiper is Vice president of sales with Repocast.com, one of the divisions of Miedema Asset Management Group. He manages the sales for the 3 Repocast facilities located in Byron Center, Flint, and Wayland, Michigan. Hib works with our 8 account reps, and our sellers each week through our repossession, consignment and specialty liquidation auctions. These auctions contribute 40+ million dollars in annual sales. Hib has been working in the auction industry for 15 years, the past 10 years have been in managing online auctions. He comes with a background in and vast product knowledge about the industrial and construction industries.


**Kurt Mingerink - President of Operations, Orbitbid.com and Rangerbid.com**
Kurt Mingerink is President of Operations of Orbitbid.com and Rangerbid.com, each of which is an affiliate company of Miedema Asset Management Group. Orbitbid.com and Rangerbid.com are both "On-site Online Auction Companies" that employ over 40 persons, conducting online auctions in every state and country for large national corporately owned companies, small privately owned companies, and financial institutions. Kurt is an active member in several industry associations, having spoken at, participated on panels for, and regularly attending the National Auctioneers Association, the American Rental Association, The Federal Bar Association, Risk Management Association, Turn Around Management

BIOS

Association, and many others.   Kurt has been working in the Auction Industry for 11 years, lives in Grand Rapids Michigan, and is married with three children. Kurt is passionate about the Auction Industry and truly enjoys helping and offering solutions with the highest level of honesty and integrity.



**Chad Mingerink** - Senior Vice President of Operations, Repocast.com
Chad Mingerink is the Senior Vice President of Operations for Repocast.com, one of the divisions of the Miedema Asset Management Group, specializing in selling assets for banks, courts, trustees, and consignment items. Chad has worked for the Miedema Companies for nearly a decade, and for the past 8 years has enjoyed overseeing operations and working with his team of approximately 116 employees at the three fixed facilities located in Byron Center, Wayland, and Flint, Michigan. Chad enjoys creating relationships with both buyers and sellers, as Repocast.com sells thousands of items weekly. Chad is married with four children living in Dorr, MI.  He enjoys working with customers to provide the best way to buy and sell assets.



**Amanda Bowers** – Vice President of Marketing, Miedema Auctioneering, Inc.
Amanda Bowers is the Vice President of Marketing.  Her leadership roles came naturally after completing four years of collegiate volleyball, and being team captain for those four years. Amanda graduated with her Bachelor's Degree in Marketing & Advertising Promotions from Davenport University.  Amanda oversees a marketing team full of highly organized and detail oriented professionals who work meticulously to research, strategize and execute a marketing plan for each individual auction to gain the highest return on investment. Amanda has streamlined and continued to research the most up to date technologies and medias to gain maximum exposure for each auction. Amanda realizes that each auction has a unique market and she is diligent and dedicated to finding the primary, secondary, and tertiary markets while critically maintaining a budget and executing a highly effective marketing campaign.



**Amanda Helmer-E-Commerce Marketing Director, Miedema Asset Management Group**
Amanda leads online marketing, ecommerce and digital business strategy to promote successful business growth. Amanda holds a Master's Degree in Marketing and Management. Amanda is proficient in Brand Management, Consumer Marketing, Direct Mail, Email Marketing, Social Media and much more. Since joining Miedema Asset Management Group, Amanda has successfully marketed for our clients by putting our client's names on digital media platforms through developing website presence, social media and search engine optimization. Her campaigns have resulted in millions of impressions in the market place along with millions of website page views resulting in profitable auction results. Through her vast knowledge of customization of marketing Amanda can tailor to our clients the best return on investment for their marketing needs.



**Robert (Bob) Hall, ASA -Senior Appraiser, Miedema Appraisals**
Robert is a Senior Appraiser for Miedema Appraisals, one of the divisions of Miedema Asset Management Group. Robert has a long history in the auction and appraisal business. He was involved in his family's auction business that started in 1961 and appraisals in 1966, as well as positions as Michigan Bell lineman, production machine operator, repair technician, machinist and diamond tip tool maker. Robert has over 45 years' experience in professional appraisals and auctioneering services. Robert joined the American Society of Appraisers (ASA) in 2003 and the Association of Machinery and Equipment Appraisers (AMEA).



**Steven R. Prahl- Senior Appraiser Miedema Appraisals**
Steve grew up as farm boy in the thumb of Michigan and also worked in heavy equipment and construction with his father and grandfather.  After college, Steve went to work in tool & die as a designer and engineer for 22 years in a variety of disciplines: Injection molding, stamping, special machine design, jig and fixture design, metal fabrication, die casting, assembly line design and operations. Steve owned his own own tool & die shop for 6 years, specializing in the design and build of plastic injection mold. In 2002, Steve changed professions and started appraising machinery and equipment under the direction of Miedema Appraisals, Inc. Steve immediately joined the American Society of Appraiser and set on the path to becoming an ASA senior Appraiser.  Steve has been in the trade for over 11 years, 6 plus as an ASA Senior Appraiser.



**Tracy Keegstra -Business Manager, Miedema Appraisals**
Tracy has been an employee and worked for Miedema Asset Management Group for over 25 years.  Her experience and skills in customer service is second to none.  She has organized and arranged many events, projects, and jobs for our various auction departments.  Currently, she is the Business Manager of Miedema Appraisals  and her work ethic sets the standard.  Married to Kraig and raising their four children is what keeps her busy when she is not at the office.

BIOS



**Shawn VanNest – President of Operations Online-AuctionSoftware.com, Inc. / MIS**
Shawn VanNest is Manager of Information Systems for all Miedema Asset Management Group entities and President of Operations for Online-AuctionSoftware.com, Inc. She is responsible for maintaining computer equipment, mobile devices and software support and is instrumental in the development, maintenance and enhancements of the online auction platform which hosts over 900 online auctions annually. She has worked in many different industries developing skills in process improvement and information systems analyst. She has an enthusiasm to provide excellent customer service and mentor co-workers.



**Jon Kuiper – VP Sales & Operations, Orbitbid.com**
Jon Kuiper is the Vice President of Sales & Operation at Orbitbid.com, an affiliate of Miedema Asset Management Group. He is a graduate of the Siedman School of Business at Grand Valley State University, where he received a Bachelor's Degree in Business Marketing with Management emphasis. Orbitbid.com specializes in onsite online auction, employs a working team over 40 individuals, and conducts online auctions across the United States. Along with overseeing the sales and operations of Orbitbid.com, Jon works with national corporations, lending institutions, law offices, government agencies, business directors, and individuals to assist with the re-marketing and sale of assets of almost any kind. He has been working with Orbitbid.com and Miedema Asset Management Group for 6 years, lives in the Grand Rapids, MI area, and has a wife and 1 child. Jon's knowledge of the industry, and passion for serving clientele with honesty, enables him to tailor detailed courses of action specific to our clients' needs.



**Mary Colton – Director of Business Development**
Mary Colton is Director of Business Development for Miedema Asset Management Group (MAMG) and is responsible for establishing, developing, and maintaining client relationships with Banks, Credit Unions, Court Trustees and Certified Turnaround Professionals. Mary represents all of MAMG's operating entities and strongly believes in providing a level of service that exceeds expectations. With years of experience in sales, banking, finance, real estate, and business management, she is committed to understanding the unique needs of each individual client and offering strategic and comprehensive solutions to meet those needs. Mary is a member of many professional organizations, is active in her community, and serves as a youth leader in her church. In her free time, she enjoys playing golf, skeet shooting, and being outdoors. Mary's experience, dedication, enthusiasm, and desire to serve others greatly contribute to her success as Director of Business Development



**Anthony Russo – General Manager, Repocast.com Flint Location**
Anthony Russo has been with the Miedema Asset Management Group for many years. He first worked with Orbitbid.com, as a national sales representative, then was promoted to general manager in our Repocast.com Flint location. Anthony has a Bachelor's Degree in Education from Albion College, and has won numerous sales awards. He has a vast knowledge in asset management, inventory control, sales lead generation, negotiation and presentation skills, new product introductions, new business development, territory account management, brand development and growth, sales growth strategies, product/ solution selling approaches, and customer needs assessment.



**Jordan Miedema - Auction Manager LASTBIDrealestate.com**, our online real estate auction company. Jordan received his real estate license in 2013 and will graduate in the summer of 2016 with a Bachelor Degree in Business Administrations from Davenport University. Jordan has been working live auctions for about 10 years and graduated from Reppert Auction School in the summer of 2011.



*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**PRELIMINARY**   S-Invoice #177265   Page 1 / 2

| Auction Information | |
|---|---|
| **Auction Code:** 601 | |
| **Auction Title:** 601 - Commercial Accounts (Expenses) | |

| Consignor Information | |
|---|---|
| **Mark Shapiro** **Steinberg, Shapiro & Clark** 25925 Telegraph Rd Suite 203 Southfield, MI 48033 | CID:604416 Work: (248) 352-4700 |

**ADDITIONAL EXPENSES**

| | Total |
|---|---:|
| Other (S) - 10% Selling Commission Fee | $727.80 |
| Other (S) - Purchase of Boxes to load and transport | $92.97 |
| Pickup Fee (S) | $1,549.11 |
| Storage Fee (S) | $545.00 |
| **Total** | **$2,914.88** |

| | |
|---|---:|
| Sales Total | $0.00 |
| Commission | $0.00 |
| Commission Fees | $0.00 |
| Liens | $0.00 |
| Expenses | $2,914.88 |
| **Invoice Total** | **$2,914.88** |
| Payments Made | $0.00 |
| **Amt. Payable to Seller** | **$2,914.88** |

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

| Auction Information | |
|---|---|
| **Auction Code:** 601 | |
| **Auction Title:** 601 - Commercial Accounts (Expenses) | |

| Consignor Information | |
|---|---|
| **Mark Shapiro**<br>**Steinberg, Shapiro & Clark**<br>25925 Telegraph Rd<br>Suite 203<br>Southfield, MI 48033 | CID:604416<br>Work: (248) 352-4700 |

| Repocast.com Ortonville Location | MIEDEMA COMPANIES | Repocast.com Wayland | Repocast.com Byron Center |
|---|---|---|---|
| 1290 N. Ortonville Road Suite B<br>Ortonville, MI 48462<br>Phone: (248) 627-5200<br>Phone: (866) 550-7376<br>Fax: (248) 627-5300<br>Email: info@repocast.com<br><br>Monday: 9:00 AM - 4:00 PM<br>Tuesday: 9:00 AM - 6:00 PM<br>Wednesday: 9:00 AM - 4:00 PM<br>Thursday: 9:00 AM - 6:00 PM<br>Friday: 9:00 AM - 4:00 PM<br>Saturday: 9:00 AM - 12:00 PM<br><br>All Times Are Eastern Standard Time | Corporate Office<br>Byron Center, MI 49315<br>Phone: (616) 538-0367<br><br>Orbitbid.com<br>Rangerbid.com<br>SSLFirearms.com<br>LASTBIDrealestate.com<br>Miedema Appraisals, Inc.<br>Miedema Auctineering, Inc.<br>Online-AuctionSoftware.com, Inc. | 3450 12th Street<br>Wayland, MI 49348<br>Phone: (616) 261-4982<br>Phone: (866) 550-7376<br>Fax: (269) 792-0188<br>Email: info@repocast.com<br><br>Monday: 9:00 AM - 4:00 PM<br>Tuesday: 9:00 AM - 4:00 PM<br>Wednesday: 9:00 AM - 4:00 PM<br>Thursday: 9:00 AM - 4:00 PM<br>Friday: 9:00 AM - 4:00 PM<br>Saturday: 9:00 AM - 12:00 PM<br><br>All Times Are Eastern Standard Time | 601 Gordon Industrial Ct. SW<br>Byron Center, MI 49315<br>Phone: (616) 261-4988<br>Phone: (866) 550-7376<br>Fax: 616-261-4989<br>Email: info@repocast.com<br><br>Monday: 9:00 AM - 5:00 PM<br>Tuesday: 9:00 AM - 7:00 PM<br>Wednesday: 9:00 AM - 5:00 PM<br>Thursday: 9:00 AM - *6:00 PM*<br>Friday: 8:00 AM - 4:30 PM<br>Saturday: 8:00 AM - 3:00 PM<br><br>*Thursday: Open until 8:00PM for Inspection<br>All Times Are Eastern Standard Time |