Form:def3AP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

In Re: (NAME OF DEBTOR(S))

Plaintiff

v.

Defendant

Case No.:
Chapter
Judge: Phillip J Shefferly

Adv. Proc. No. 19−56239−pjs

## NOTICE OF DEFICIENT FILING

It has been determined that the following document:

*90* – Final Application for Compensation (First and Final), Notice, and Certificate of Service for Repocast, Inc., Auctioneer, Period: 1/21/2020 to 2/20/2020, Fee: $727.80, Expenses: $2,187.08. Filed by Attorney Mark H. Shapiro (Shapiro, Mark)

is defective as indicated:

- ☐ Amended Document Missing
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Docket Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 d−1
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/26/20

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court