UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In Re:

JOSEPH DUMOUCHELLE FINE & ESTATE JEWELLERS,

Ch. 7
Case No. 19-56239-[js
Hon. Phillip Shefferly

Debtor.

---

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

This is notice that Claim #8 in the name of "29488 Woodward Ave." is hereby withdrawn as the name of the creditor is incorrect.

/S/ Bryan Marcus

_____
Bryan Marcus (P47125)
Bryan D. Marcus, P.C.
29488 Woodward Ave.
Suite 451
Royal Oak, MI 48073
(248) 320-1071
Attorneys for Creditor