UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

**JOSEPH DuMOUCHELLE FINE & ESTATE JEWELLERS, L.L.C.**

    Alleged Debtor

_____/

Case No. 19-56239

Hon. Phillip J. Shefferly

Involuntary Chapter 7 Proceeding

**STIPULATION FOR ENTRY OF ORDER ADJOURNING
RULE 2004 EXAMINATION OF JOSEPH DUMOUCHELLE**

The Parties below hereby stipulate to the immediate entry of the *Order Adjourning Rule 2004 Examination of Joseph DuMouchelle*, attached as Exhibit A.

**THE PARTIES HEREBY STIPULATE:**

| SCHAFER AND WEINER, PLLC | ROBERT N. BASSEL |
|---|---|
| By: /s/ Kim K. Hillary<br>KIM K. HILLARY (P67534)<br>Counsel for Chapter 7 Trustee<br>40950 Woodward Avenue, Suite 100<br>Bloomfield Hills, MI 48304<br>248-540-3340<br>khillary@schaferandweiner.com | By: /s/ Robert N. Bassel (with consent)<br>ROBERT N. BASSEL (P48420)<br>Counsel for Individual Debtor(s)<br>Joseph G. DuMouchelle and<br>Melinda J. Adducci<br>USBC - Case No. 19-54531-pjs<br>P.O. Box T<br>Clinton, Michigan 49236<br>(248) 677-1234<br>bbassel@gmail.com |

Dated: March 26, 2020

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| **JOSEPH DuMOUCHELLE FINE & ESTATE JEWELLERS, L.L.C.**<br><br>    Debtor | Case No. 19-56239<br>Chapter 7<br>Hon. Phillip J. Shefferly |

_____/

## ORDER ADJOURNING RULE 2004 EXAMINATION OF JOSEPH DuMOUCHELLE

This matter having come before this Court on Mark H. Shapiro, Chapter 7 Trustee's (the "Trustee") *Motion for Order Compelling Debtor's Principals, Joseph DuMouchelle and Melinda J. Adducci, to Turnover Property of the Estate* (the "Motion"); and the subsequently filed *Stipulation for Entry of Order Adjourning Rule 2004 Examination of Joseph DuMouchelle*, and the Court being duly advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Rule 2004 examination of Joseph DuMouchelle, in his capacity as Debtor's corporate representative, currently scheduled for March 27 at 8:30 a.m., shall be adjourned to May 13, 2020 at 9:30 a.m., at the offices of Trustee's counsel, Schafer and Weiner, PLLC.

**IT IS FURTHER ORDERED** that nothing herein shall be deemed to be a waiver of Mr. DuMouchelle's Fifth Amendment rights.