UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JOSEPH DUMOUCHELLE FINE
& ESTATE JEWELLERS, LLC,

Case No. 19-56239-PJS
Chapter 7
Hon. Phillip J. Shefferly

Debtor.
_____/

## ORDER GRANTING WALTER AND CHRISTINA MATHEWS' MOTION FOR ENTRY OF ORDER DIRECTING TRUSTEE TO SURRENDER MATHEWS' JEWELRY

This matter having been brought before the Court pursuant to the Motion of Walter and Christina Mathews for Entry of Order Directing Trustee to Surrender Mathews' Jewelry (the "Motion"), and the Court having reviewed the Motion, the Court having determined the Motion was duly filed and served in accordance with applicable bankruptcy rules, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Trustee, Mark H. Shapiro, shall forthwith deliver to Walter and Christina Mathews, free and clear of any claim to or interest of this bankruptcy estate, their jewelry identified by the Trustee as Lots 70 through 74; photographs of which have been attached as **Exhibit B** to the Motion.

**IT IS FURTHER ORDERED** that neither the Trustee nor this bankruptcy estate has any right or claim to the Mathews' 14 karat yellow and white gold and

1

yellowish green diamond lady's ring currently in the possession of Gemological Institute of America.

**IT IS FURTHER ORDERED** that if the Trustee receives, during the course of his administration of this bankruptcy case, any information with respect to the disposition of the Mathews' 1.02 karat loose round brilliant cut diamond, he shall provide such information to the Mathews' attorney of record, Robert A. Peurach, upon his receipt of same.

**Signed on June 23, 2020**



/s/ Phillip J. Shefferly
_____
**Phillip J. Shefferly
United States Bankruptcy Judge**