# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| **JOSEPH DuMOUCHELLE FINE & ESTATE JEWELLERS, L.L.C.** | Case No. 19-56239<br>Chapter 7<br>Hon. Phillip J. Shefferly |
| Debtor | |

_____/

## ORDER ADJOURNING RULE 2004 EXAMINATION OF JOSEPH DuMOUCHELLE

This matter having come before this Court on Mark H. Shapiro, Chapter 7 Trustee's (the "Trustee") *Motion for Order Compelling Debtor's Principals, Joseph DuMouchelle and Melinda J. Adducci, to Turnover Property of the Estate* (the "Motion"); and the subsequently filed *Stipulation for Entry of Order Adjourning Rule 2004 Examination of Joseph DuMouchelle*, and the Court being duly advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Rule 2004 examination of Joseph DuMouchelle, in his capacity as Debtor's corporate representative, currently scheduled for July 28, 2020 at 8:30 a.m., shall be adjourned to August 26, 2020 at 9:30 a.m., at the offices of Trustee's counsel, Schafer and Weiner, PLLC.

{00860711.1}    1

**IT IS FURTHER ORDERED** that nothing herein shall be deemed to be a waiver of Joseph DuMouchelle or Melinda Adducci's Fifth Amendment rights.

**Signed on July 28, 2020**



/s/ Phillip J. Shefferly
_____
**Phillip J. Shefferly**
**United States Bankruptcy Judge**