In Re:

| | |
|---|---|
| **JOSEPH DuMOUCHELLE FINE & ESTATE JEWELLERS, L.L.C.**<br><br>Debtor<br><br>_____/ | Case No. 19-56239<br>Chapter 7<br>Hon. Phillip J. Shefferly |

## STIPULATION FOR ENTRY OF ORDER
## FOR TURNOVER OF KROIS' JEWELRY

Dina Krois ("Movant") filed her *Motion for Entry of Order Directing Trustee to Deliver Krois Jewelry* [Dk. No. 142] (the "Motion"). Mark Shapiro, Chapter 7 Trustee ("Trustee"), reached out to counsel for Ms. Krois and lodged one or more informal objections to the Motion and the proposed order attached to the Motion. In resolution of the Trustee's informal objections, Movant and Trustee, as evidenced by the signatures of their counsel below, hereby stipulate and agree to entry of the *Order Granting Stipulation for entry of Order for Turnover of Krois Jewelry* which is attached hereto as Exhibit A.

*(Signatures on Next Page)*

| SCHAFER AND WEINER, PLLC | LEONE LAW ASSOCIATES PLLC |
|---|---|
| By: / s/ Kim Hillary            . <br> KIM HILLARY (P67534) <br> Counsel for Mark Shapiro, <br>  Chapter 7 Trustee <br> 40950 Woodward Ave., Ste. 100 <br> Bloomfield Hills, MI 48304 <br> 248-540-3340 <br> khillary@schaferandweiner.com | By: / s/ John Fordell Leone            . <br> John Fordell Leone (P38938) <br> Counsel for Dina Krois <br> 301 M.A.C. Avenue <br> East Lansing, MI 48823 <br> 517-701-2000 <br> John@LeoneLawAssociates.com |

Dated: August 11, 2020

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

**JOSEPH DuMOUCHELLE FINE & ESTATE JEWELLERS, L.L.C.**

    Debtor

_____/

Case No. 19-56239
Chapter 7
Hon. Phillip J. Shefferly

## ORDER GRANTING STIPULATION FOR ENTRY OF ORDER FOR TURNOVER OF KROIS' JEWELRY

This Matter having been brought before the Court on the *Dina Krois' Motion for Entry of Order Directing Trustee to Deliver Krois Jewelry* [Dk. No. 142], and on the subsequently filed *Stipulation for Entry of Order for Turnover of Krois Jewelry* [Dk. No. ___], and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Trustee, Mark H. Shapiro, shall turnover the 19 Jewelry Items listed as unsold on the DuMouchelle Settlement Statement **(Motion, Exhibit B)** and further identified by the photographs and additional descriptions attached as **Exhibits C-H** to the Motion and which are in his possession (the "Jewelry") to Ms. Krois free and clear of any claim to or interest of this bankruptcy estate.

**IT IS FURTHER ORDERED** that Ms. Krois shall be entitled to retrieve the Jewelry from Mr. Shapiro at such date and time as is reasonably agreed to

between Ms. Krois and Mr. Shapiro.

**IT IS FURTHER ORDERED** that neither the Trustee nor this bankruptcy estate has any right or claim to the Jewelry.

**IT IS FURTHER ORDERED** that entry of this Order shall not be deemed to be a ruling as to whether the Debtor meets, or fails to meet, the standard set forth in MCL 440.9102(t)(i).