# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |  | | |
|---|---|---|---|---|
| Case No.: | 19-56239 | | Trustee Name: | Mark H. Shapiro |
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | Date Filed (f) or Converted (c): | 11/17/2019 (f) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 02/19/2020 |
| | | | Claims Bar Date: | 04/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Auction proceeds - guns sold prior to involuntary proceeding | $762.78 | $762.78 | | $762.78 | FA |
| 2 | Assets seized prepetition by creditor and delivered to Repocast for auction sale. See list attached as Exhibit B22 | $6,468.00 | $6,468.00 | | $6,468.00 | FA |
| Asset Notes: | Order Approving Auction Sale of Personal Property entered 2/9/20 [docket no. 74] | | | | | |
| 3 | Assets seized prepetition by creditor and delivered to creditor, Gelov. See list attached as Exhibit B22a | Unknown | $5,000.00 | | $0.00 | $5,000.00 |
| 4 | Assets seized prepetition by creditor and secured in storage unit in St. Clair Shores, MI. See list attached as Exhibit B22b | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 5 | Showcases, lighting, chairs, etc. located in Birmingham retail location | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Certificate of No Response filed 6/17/20 [docket no. 136] Notice of Abandonment filed 5/27/20 [docket no. 128] | | | | | |
| 6 | Safes (2) located in Birmingham retail location | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Certificate of No Response filed 6/17/20 [docket no. 136] Notice of Abandonment filed 5/27/20 [docket no. 128] | | | | | |
| 7 | Domain name and website www.josephdumouchelle.com | Unknown | $0.00 | | $0.00 | FA |
| 8 | Customer and mailing list | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Release of claims (u) | $7,500.00 | $7,500.00 | | $7,500.00 | FA |
| Asset Notes: | Corrected Motion to Compromise Claim with East Continental Gems filed 11/25/20 [docket no. 190] Motion to Compromise Claim With East Continental Gems filed 11/18/20 [docket no. 188] | | | | | |
| 10 | Adversary against Zeidman's Jewelry and Loan of Michigan, Inc.; Zeidman's Jewelry & Loan of Southfield, Inc.; and Zeidman's Loan Office, Inc. - adversary case no. 21-04023 (u) | $5,339,286.00 | $5,339,286.00 | | $0.00 | $5,339,286.00 |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $5,354,016.78 | $5,360,016.78 | | $14,730.78 | $5,345,286.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/28/2022 | Ex Parte Order Approving Trustee's Employment of Auctioneer entered 2/27/22 [docket no. 244] |
| 02/24/2022 | Motion to Sell Property Free and Clear of Lien under Section 363(f) with all Liens, Claims, and Encumbrances Attaching to the Proceeds of Sale filed [docket no. 241] |
| 02/07/2022 | Order Approving Trustee's Employment of Expert Witness, Charles Kuperwasser, entered 2/3/22 [docket no. 238] |
| 02/12/2021 | Order Authorizing Trustee to Compromise Claims entered 2/12/21 [docket no. 220] Any recovery in the Litigation shall be divided 62.5% to Ritter and 37.5% to the Bankruptcy Estates (Dery and Shapiro) Kim Hillary, Esq. representing Trustee. |
| 03/01/2020 | Liquidation of assets |

| Case No.: | 19-56239 | | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|---|
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | | Date Filed (f) or Converted (c): | 11/17/2019 (f) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | 02/19/2020 |
| | | | | Claims Bar Date: | 04/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 01/27/2020 | Investigation of assets - schedules to be filed |
| 01/20/2020 | Motion to Conduction Auction Sale of Personal Property filed 1/20/20 [docket no. 47] |

**Initial Projected Date Of Final Report (TFR):**  10/31/2021   /s/ MARK H. SHAPIRO

**Current Projected Date Of Final Report (TFR):**  12/31/2022   MARK H. SHAPIRO

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-56239 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9383 | | Checking Acct #: | ******6239 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/28/2020 | (1) | SSL Corporation | Turnover of auction proceeds from sale of guns prior to the filing of the Involuntary Petition | 1129-000 | $762.78 | | $762.78 |
| 03/09/2020 | (2) | Repocast.com, Inc. | Auction proceeds per court order entered 2/9/20 [docket no. 74] | 1129-000 | $6,063.00 | | $6,825.78 |
| 04/22/2020 | 3001 | Repocast.com | First and Final Application of Auctioneer for Trustee fees per court order entered 4/21/20 [docket no. 109] | 3610-000 | | $727.80 | $6,097.98 |
| 04/22/2020 | 3002 | Repocast.com | First and Final Application of Auctioneer for Trustee expenses per court order entered 4/21/20 [docket no. 109] | 3620-000 | | $2,187.08 | $3,910.90 |
| 06/01/2020 | (2) | Repocast.Com Inc. | Auction proceeds per court order entered 2/9/20 [docket no. 74] | 1129-000 | $405.00 | | $4,315.90 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.29 | $4,309.61 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.28 | $4,303.33 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.27 | $4,297.06 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.26 | $4,290.80 |
| 12/22/2020 | | Transfer From: #*******6239 | Transfer from special checking account - Order Approving Compromise entered 12/22/20 [docket no. 201] | 9999-000 | $7,500.00 | | $11,790.80 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.53 | $11,781.27 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $17.18 | $11,764.09 |
| 01/29/2021 | 3003 | Chase Bank | Safe deposit box annual charge | 2990-000 | | $152.00 | $11,612.09 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.94 | $11,595.15 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.90 | $11,578.25 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.88 | $11,561.37 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.85 | $11,544.52 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.83 | $11,527.69 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.81 | $11,510.88 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.78 | $11,494.10 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.76 | $11,477.34 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.73 | $11,460.61 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.71 | $11,443.90 |
| 12/13/2021 | 3004 | Insurance Partners | Blanket Bond | 2300-000 | | $7.44 | $11,436.46 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.68 | $11,419.78 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.65 | $11,403.13 |
| 02/09/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $11,403.13 | $0.00 |

| | SUBTOTALS | $14,730.78 | $14,730.78 |
|---|---|---|---|

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 19-56239 | Trustee Name: Mark H. Shapiro |
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | Bank Name: Independent Bank |
| Primary Taxpayer ID #: | **-***9383 | Checking Acct #: ******6239 |
| Co-Debtor Taxpayer ID #: | | Account Title: Checking Account |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | TOTALS: | | $14,730.78 | $14,730.78 | $0.00 |
| | | Less: Bank transfers/CDs | | $7,500.00 | $11,403.13 | |
| | | Subtotal | | $7,230.78 | $3,327.65 | |
| | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | Net | | $7,230.78 | $3,327.65 | |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $175.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $175.12 |
| Total Internal/Transfer Disbursements: | $11,403.13 |

**For the entire history of the account between 01/28/2020 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $7,230.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,230.78 |
| Total Internal/Transfer Receipts: | $7,500.00 |
| | |
| Total Compensable Disbursements: | $3,327.65 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements | $3,327.65 |
| Total Internal/Transfer Disbursements: | $11,403.13 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 19-56239 | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***9383 | **Checking Acct #:** | ******6239 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Special Account |
| **For Period Beginning:** 04/01/2021 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 03/31/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/05/2020 | (9) | East Continental Gems Inc | Payment towards potential settlement - Motion to Approve Settlement filed 11/25/20 [docket no. 190] | 1249-000 | $7,500.00 | | $7,500.00 |
| 12/22/2020 | | Transfer To: #*******6239 | Transfer to checking account - Order Approving Compromise entered 12/22/20 [docket no. 201] | 9999-000 | | $7,500.00 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $7,500.00 | $7,500.00 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $7,500.00 | |
| Subtotal | | $7,500.00 | $0.00 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| **Net** | | $7,500.00 | $0.00 | |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 11/04/2020 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $7,500.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | | |
|---|---|---|
| **Case No.** 19-56239 | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***9383 | **Checking Acct #:** | ******0012 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | DDA |
| **For Period Beginning:** 04/01/2021 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 03/31/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/09/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $11,403.13 | | $11,403.13 |
| 03/10/2022 | 6001 | Charles Kupperwasser | Retainer for Expert Witness per court order entered 2/3/22 [docket no. 238] | 3731-000 | | $1,500.00 | $9,903.13 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $16.30 | $9,886.83 |
| | | **TOTALS:** | | | $11,403.13 | $1,516.30 | $9,886.83 |
| | | **Less: Bank transfers/CDs** | | | $11,403.13 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $1,516.30 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $1,516.30 | |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 02/09/2022 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,403.13 | Total Internal/Transfer Receipts: | $11,403.13 |
| | | | |
| Total Compensable Disbursements: | $1,516.30 | Total Compensable Disbursements: | $1,516.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,516.30 | Total Comp/Non Comp Disbursements | $1,516.30 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 19-56239 | | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9383 | | **Checking Acct #:** | ******0012 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 04/01/2021 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 03/31/2022 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $14,730.78 | $4,843.95 | $9,886.83 |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,403.13 |
| | |
| Total Compensable Disbursements: | $1,691.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,691.42 |
| Total Internal/Transfer Disbursements: | $11,403.13 |

**For the entire history of the account between 02/09/2022 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $14,730.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,730.78 |
| Total Internal/Transfer Receipts: | $18,903.13 |
| | |
| Total Compensable Disbursements: | $4,843.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,843.95 |
| Total Internal/Transfer Disbursements: | $18,903.13 |

/s/ MARK H. SHAPIRO

MARK H. SHAPIRO