| Case No.: | 19-56239 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | Date Filed (f) or Converted (c): | 11/17/2019 (f) |
| For the Period Ending: | 03/31/2023 | | §341(a) Meeting Date: | 02/19/2020 |
| | | | Claims Bar Date: | 04/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Auction proceeds - guns sold prior to involuntary proceeding | $762.78 | $762.78 | | $762.78 | FA |
| 2 | Assets seized prepetition by creditor and delivered to Repocast for auction sale. See list attached as Exhibit B22 | $6,468.00 | $6,468.00 | | $6,468.00 | FA |
| Asset Notes: | Order Approving Auction Sale of Personal Property entered 2/9/20 [docket no. 74] | | | | | |
| 3 | Assets seized prepetition by creditor and delivered to creditor, Gelov. See list attached as Exhibit B22a | Unknown | $5,000.00 | | $2,429.06 | $2,570.94 |
| Asset Notes: | Order Approving Consignment Sale of Personal Property Free and Clear of Liens, Claims, Encumbrances entered [docket no. 277] | | | | | |
| 4 | Assets seized prepetition by creditor and secured in storage unit in St. Clair Shores, MI. See list attached as Exhibit B22b | Unknown | $1,000.00 | | $1,000.00 | FA |
| 5 | Showcases, lighting, chairs, etc. located in Birmingham retail location | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Certificate of No Response filed 6/17/20 [docket no. 136]  Notice of Abandonment filed 5/27/20 [docket no. 128] | | | | | |
| 6 | Safes (2) located in Birmingham retail location | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Certificate of No Response filed 6/17/20 [docket no. 136]  Notice of Abandonment filed 5/27/20 [docket no. 128] | | | | | |
| 7 | Domain name and website www.josephdumouchelle.com | Unknown | $0.00 | | $0.00 | FA |
| 8 | Customer and mailing list | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Release of claims (u) | $7,500.00 | $7,500.00 | | $7,500.00 | FA |
| Asset Notes: | Corrected Motion to Compromise Claim with East Continental Gems filed 11/25/20 [docket no. 190]  Motion to Compromise Claim With East Continental Gems filed 11/18/20 [docket no. 188] | | | | | |
| 10 | Adversary against Zeidman's Jewelry and Loan of Michigan, Inc.; Zeidman's Jewelry & Loan of Southfield, Inc.; and Zeidman's Loan Office, Inc. - adversary case no. 21-04023 (u) | $5,339,286.00 | $5,339,286.00 | | $0.00 | $5,339,286.00 |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

| | | |
|---|---|---|
| $5,354,016.78 | $5,360,016.78 | $18,159.84    $5,341,856.94 |

**Major Activities affecting case closing:**

| 03/29/2023 | Order Approving Trustee's Employment of Wesler & Associates CPA PC as Substitute Accountant entered [docket no. 281] |
| | Tenative settlement reached in Ziedman's adversary - negotiations on final terms of settlement. |
| 11/03/2022 | Order Approving Consignment Sale of Personal Property Free and Clear of Liens, Claims, Encumbrances entered [docket no. 277] |
| 02/28/2022 | Ex Parte Order Approving Trustee's Employment of Auctioneer entered 2/27/22 [docket no. 244] |
| 02/24/2022 | Motion to Sell Property Free and Clear of Lien under Section 363(f) with all Liens, Claims, and Encumbrances Attaching to the Proceeds of Sale filed [docket no. 241] |

| Case No.: | 19-56239 | | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|---|
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | | Date Filed (f) or Converted (c): | 11/17/2019 (f) |
| For the Period Ending: | 03/31/2023 | | | §341(a) Meeting Date: | 02/19/2020 |
| | | | | Claims Bar Date: | 04/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 02/07/2022 | Order Approving Trustee's Employment of Expert Witness, Charles Kuperwasser, entered 2/3/22 [docket no. 238] |
| 02/12/2021 | Order Authorizing Trustee to Compromise Claims entered 2/12/21 [docket no. 220] |
| | Any recovery in the Litigation shall be divided 62.5% to Ritter and 37.5% to the Bankruptcy Estates (Dery and Shapiro) |
| | Kim Hillary, Esq. representing Trustee. |
| 03/01/2020 | Liquidation of assets |
| 01/27/2020 | Investigation of assets - schedules to be filed |
| 01/20/2020 | Motion to Conduction Auction Sale of Personal Property filed 1/20/20 [docket no. 47] |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/31/2021 | /s/ MARK H. SHAPIRO |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2023 | MARK H. SHAPIRO |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| Case No. | 19-56239 |
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. |
| Primary Taxpayer ID #: | **-***9383 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2022 |
| For Period Ending: | 03/31/2023 |

| | |
|---|---|
| Trustee Name: | Mark H. Shapiro |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6239 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/28/2020 | (1) | SSL Corporation | Turnover of auction proceeds from sale of guns prior to the filing of the Involuntary Petition | 1129-000 | $762.78 | | $762.78 |
| 03/09/2020 | (2) | Repocast.com, Inc. | Auction proceeds per court order entered 2/9/20 [docket no. 74] | 1129-000 | $6,063.00 | | $6,825.78 |
| 04/22/2020 | 3001 | Repocast.com | First and Final Application of Auctioneer for Trustee fees per court order entered 4/21/20 [docket no. 109] | 3610-000 | | $727.80 | $6,097.98 |
| 04/22/2020 | 3002 | Repocast.com | First and Final Application of Auctioneer for Trustee expenses per court order entered 4/21/20 [docket no. 109] | 3620-000 | | $2,187.08 | $3,910.90 |
| 06/01/2020 | (2) | Repocast.Com Inc. | Auction proceeds per court order entered 2/9/20 [docket no. 74] | 1129-000 | $405.00 | | $4,315.90 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.29 | $4,309.61 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.28 | $4,303.33 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.27 | $4,297.06 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.26 | $4,290.80 |
| 12/22/2020 | | Transfer From: #*******6239 | Transfer from special checking account - Order Approving Compromise entered 12/22/20 [docket no. 201] | 9999-000 | $7,500.00 | | $11,790.80 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.53 | $11,781.27 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $17.18 | $11,764.09 |
| 01/29/2021 | 3003 | Chase Bank | Safe deposit box annual charge | 2990-000 | | $152.00 | $11,612.09 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.94 | $11,595.15 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.90 | $11,578.25 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.88 | $11,561.37 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.85 | $11,544.52 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.83 | $11,527.69 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.81 | $11,510.88 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.78 | $11,494.10 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.76 | $11,477.34 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.73 | $11,460.61 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.71 | $11,443.90 |
| 12/13/2021 | 3004 | Insurance Partners | Blanket Bond | 2300-000 | | $7.44 | $11,436.46 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.68 | $11,419.78 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.65 | $11,403.13 |
| 02/09/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $11,403.13 | $0.00 |

| | | |
|---|---|---|
| SUBTOTALS | $14,730.78 | $14,730.78 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-56239 | |
| **Case Name:** | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | |
| **Primary Taxpayer ID #:** | **-***9383 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2022 | |
| **For Period Ending:** | 03/31/2023 | |

| | |
|---|---|
| **Trustee Name:** | Mark H. Shapiro |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******6239 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $14,730.78 | $14,730.78 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7,500.00 | $11,403.13 | |
| | | | Subtotal | | $7,230.78 | $3,327.65 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,230.78 | $3,327.65 | |

| For the period of 04/01/2022 to 03/31/2023 | | For the entire history of the account between 01/28/2020 to 3/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $7,230.78 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $7,230.78 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $7,500.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $3,327.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $3,327.65 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $11,403.13 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-56239 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9383 | | Checking Acct #: | ******6239 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Special Account |
| For Period Beginning: | 04/01/2022 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/05/2020 | (9) | East Continental Gems Inc | Payment per Order Granting Corrected Motion to Compromise Claim with East Continental Gems entered 12/22/20 [docket no. 201] | 1249-000 | $7,500.00 | | $7,500.00 |
| 12/22/2020 | | Transfer To: #*******6239 | Transfer to checking account - Order Approving Compromise entered 12/22/20 [docket no. 201] | 9999-000 | | $7,500.00 | $0.00 |
| | | | TOTALS: | | $7,500.00 | $7,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $7,500.00 | |
| | | | Subtotal | | $7,500.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,500.00 | $0.00 | |

| For the period of 04/01/2022 to 03/31/2023 | | For the entire history of the account between 11/04/2020 to 3/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $7,500.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-56239 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9383 | | Checking Acct #: | ******0012 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2022 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/09/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $11,403.13 | | $11,403.13 |
| 03/10/2022 | 6001 | Charles Kupperwasser | Retainer for Expert Witness per court order entered 2/3/22 [docket no. 238] | 3731-000 | | $1,500.00 | $9,903.13 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $16.30 | $9,886.83 |
| 04/18/2022 | | R.J. Montgomery Associates | Order Approving in Part, and Denying in Part, Auction Sale of Personal Property Free and Clear of Liens, Claims, and Emcumbrances with All Liens, Claims, and Encumbrances Attaching to the proceeds of Sale entered 4/12/22 [doc 261] | * | $3,129.06 | | $13,015.89 |
| | {4} | | Assets from storage unit that were sold in auction    $1,000.00 | 1129-000 | | | $13,015.89 |
| | {3} | | Assets turned over by creditor that were sold in auction    $2,129.06 | 1129-000 | | | $13,015.89 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $16.25 | $12,999.64 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.32 | $12,980.32 |
| 06/01/2022 | 6002 | R. J. Montgomery and Associates, Inc. | First and Final Fee Application of Auctioneer for Trustee fee per court order entered 5/31/22 [docket no. 271] | 3610-000 | | $408.14 | $12,572.18 |
| 06/01/2022 | 6003 | R. J. Montgomery and Associates, Inc. | First and Final Fee Application of Auctioneer for Trustee expenses per court order entered 5/31/22 [docket no. 271] | 3620-000 | | $3,500.00 | $9,072.18 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.36 | $9,057.82 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $13.46 | $9,044.36 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $13.44 | $9,030.92 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $12.99 | $9,017.93 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $12.97 | $9,004.96 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $12.95 | $8,992.01 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $13.36 | $8,978.65 |
| 01/05/2023 | 6004 | Insurance Partners | 2022 - 2023 Bond Allocation | 2300-000 | | $7.75 | $8,970.90 |
| 01/24/2023 | (3) | Frederick Jewelers Inc. | Proceeds of sale of #813 - Colorful pearl bracelet and y.g. per court order entered 11/3/2022 [docket no. 277] | 1129-000 | $300.00 | | $9,270.90 |

| | | | | SUBTOTALS | $14,832.19 | $5,561.29 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-56239 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9383 | | Checking Acct #: | ******0012 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2022 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | TOTALS: | | | $14,832.19 | $5,561.29 | $9,270.90 |
| | | Less: Bank transfers/CDs | | | $11,403.13 | $0.00 | |
| | | Subtotal | | | $3,429.06 | $5,561.29 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $3,429.06 | $5,561.29 | |

**For the period of 04/01/2022 to 03/31/2023**

| | |
|---|---|
| Total Compensable Receipts: | $3,429.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,429.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,044.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,044.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/09/2022 to 3/31/2023**

| | |
|---|---|
| Total Compensable Receipts: | $3,429.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,429.06 |
| Total Internal/Transfer Receipts: | $11,403.13 |
| | |
| Total Compensable Disbursements: | $5,561.29 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements | $5,561.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 19-56239 | | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** | JOSEPH DUMOUCHELLE FINE & JEWELLERS, L.L.C. | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9383 | | **Checking Acct #:** | ******0012 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 04/01/2022 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 03/31/2023 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $18,159.84 | $8,888.94 | $9,270.90 |

**For the period of 04/01/2022 to 03/31/2023**

| | |
|---|---:|
| Total Compensable Receipts: | $3,429.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,429.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,044.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,044.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/09/2022 to 3/31/2023**

| | |
|---|---:|
| Total Compensable Receipts: | $18,159.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,159.84 |
| Total Internal/Transfer Receipts: | $18,903.13 |
| | |
| Total Compensable Disbursements: | $8,888.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,888.94 |
| Total Internal/Transfer Disbursements: | $18,903.13 |

/s/ MARK H. SHAPIRO

MARK H. SHAPIRO