## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DISTRICT

In Re:

JOSEPH DuMOUCHELLE FINE           Case No. 19-56239
& ESTATE JEWELLERS, L.L.C.          Chapter 7
                                                 Hon. Lisa S. Gretchko

         Debtor,

_____/

**ORDER GRANTING TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9019 AND 2002 APPROVING SETTLEMENT WITH ZEIDMAN'S JEWELRY AND LOAN OF MICHIGAN, LLC, ZEIDMAN'S JEWELRY & LOAN OF SOUTHFIELD, INC., AND ZEIDMAN'S LOAN OFFICE, INC., AND, IN ADDITION, APPROVING A SETTLEMENT WITH WILLIAM NOBLE RARE JEWELS, LP, WILLIAM NOBLE AND ITS AFFILIATES REGARDING THE DISTRIBUTION OF PROCEEDS UNDER THE AGREEMENT FOR ASSIGNMENT OF RIGHTS AND PROCEEDS SHARING DATED SEPTEMBER 2, 2020**

This matter came before the Court upon the Trustee's Motion For An Order Pursuant To Sections 105 and 363 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 9019 And 2002 Approving Settlement With Zeidman's Jewelry And Loan Of Michigan, LLC, Zeidman's Jewelry & Loan Of Southfield, Inc., And Zeidman's Loan Office, Inc. (collectively, the "Zeidman's Entities"), And, In Addition, Approving A Settlement With William Noble Rare Jewels, LP, William Noble And Its Affiliates Regarding The Distribution Of Proceeds Under The Agreement For Assignment Of Rights And Proceeds Sharing Dated September 2,

2020 ("Motion"; ECF No. 293). All interested parties were served with notice of the Motion and of the deadline for objections thereto. No objection to the Motion was timely filed and a certification of no response was filed (ECF No. 303), however on May 30, 2023, the Court held a hearing on the Motion ("Hearing"). The Chapter 7 Trustee, counsel for the Chapter 7 Trustee, counsel for the Zeidman's Entities, and counsel for William Noble Rare Jewels, LP and William Noble (collectively "Noble") appeared at the Hearing. The Court has reviewed the Motion and other pertinent pleadings, has considered the statements made at the Hearing, and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as set forth in this Order.

2. The Settlement[1] is approved.

3. The Trustee is authorized to enter into the Settlement and to perform acts thereunder.

4. The Noble Agreement, as set forth in paragraph 23 of the Motion, is approved. Pursuant to the Noble Agreement, instead of the payment to which Noble is entitled under the Assignment Agreement, Noble will receive from the Trustee the

---

[1] Capitalized terms used but not defined in this Order shall have the meaning ascribed to them in the Motion.

Oval Diamond Ring and a one-time payment of $5,000. The Trustee will be entitled to all other proceeds from the Settlement. Noble will sign the Settlement.

5. To the extent necessary, the Assignment Agreement is deemed amended to reflect the terms of the Noble Agreement.

6. The Court retains jurisdiction to hear and decide disputes regarding this Order, the Settlement, the Assignment Agreement and the Noble Agreement.

**Signed on May 31, 2023**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**